# ORIGINAL

IN THE

UNITED STATES COURT OF FEDERAL CLAIMS

**FILED**

DEC 3 0 2003

U.S. COURT OF
FEDERAL CLAIMS

SOUTHERN CALIFORNIA EDISON,

Plaintiff,

vs.

UNITED STATES OF AMERICA,

Defendant.

**03-2869C**

Civil Action No. _____

## PLAINTIFF SOUTHERN CALIFORNIA EDISON'S
## NOTICE OF DIRECTLY RELATED CASE
## RCFC 40.2

Pursuant to Rule 40.2 of the Court of Federal Claims, Plaintiff Southern California Edison ("SCE") hereby provides this Notice that SCE's Complaint against the United States, filed concurrently with this Notice, is directly related to an action entitled Southern California Edison versus the United States, Civil Action No. 02-1953C, presently pending in front of the Honorable Charles F. Lettow.

The same parties and contract are at issue in each case. In 1988, SCE and the Bonneville Power Administration ("BPA") entered into a twenty year contract for the sale and exchange of power. Case No. 02-1953C presents a claim for breach of that contract based on the allegation that BPA did not comply with sections 6 *et seq.* in determining whether the contract should be in the sale mode or the exchange mode.

The present case asserts a claim that BPA breached sections 12 *et seq.* of the contract by not using the contractually required rate for option capacity. Thus, both claims are between the same parties and allege breaches of the same contract, although the specific breaches are different. Judge Lettow also has acquired considerable background facts and familiarity with the contract at issue in both cases. While the differences between the cases

970840.1

make consolidation inappropriate, SCE believes that relating the two cases to the same judge will likely conserve judicial resources and promote an efficient determination of these actions.

RESPECTFULLY SUBMITTED,

*Charles D. Siegal*

Charles D. Siegal
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9251
Facsimile: (213) 687-3702

**COUNSEL OF RECORD FOR PLAINTIFF
SOUTHERN CALIFORNIA EDISON**

DATED: December 29, 2003

**OF COUNSEL:**

Leon Bass
SOUTHERN CALIFORNIA EDISON
2244 Walnut Grove Avenue, Room 359
Rosemead, CA 91770
Telephone: (626) 302-6967
Facsimile: (626) 569-414

Marsha Hymanson
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

970840.1