IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2869C

(Filed: January 12, 2004)

SOUTHERN CALIFORNIA EDISON, )
Plaintiff, )
v. )
UNITED STATES, )
Defendant, )

ORDER

Pending before the Court is plaintiff's Motion for Leave to File Proof of Service, filed on January 9, 2004. Plaintiff requests that the Court file an inadvertently omitted proof of service related to the Complaint and Notice of Directly Related Cases that plaintiff served on counsel for defendant in a related case.

Good cause having been shown, plaintiff's Motion for Leave to File Proof of Service is GRANTED. The Clerk's Office shall file the proof of service accompanying such Motion as of this date.

Additionally, counsel is reminded that this case has been designated as an electronic case in the Court's case management/electronic case filing (CM/ECF) system pursuant to General Order No. 42. All future filings in this case are to be made electronically, in accordance with General Order No. 42 and the Notice of Designation issued by the Clerk of the Court on December 30, 2003.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge