ORIGINAL

IN THE

UNITED STATES COURT OF FEDERAL CLAIMS

FILED
JAN - 9 2004
U.S. COURT OF FEDERAL CLAIMS

SOUTHERN CALIFORNIA EDISON,

Plaintiff,

vs.

UNITED STATES OF AMERICA,

Defendant.

Civil Action No. 03-2869

by leave of the Judge

**PLAINTIFF SOUTHERN CALIFORNIA EDISON'S MOTION FOR LEAVE TO FILE PROOF OF SERVICE**

Plaintiff Southern California Edison ("SCE") hereby requests leave to file the Proof of Service attached as Exhibit 1 to this motion. On December 29, 2003, SCE forwarded a Complaint and Notice of Directly Related Case to this Court for filing. The Court filed the documents on December 30, 2003 and assigned a case number – Civil Action No. 03-2869.

The Notice of Directly Related Case states the reasons that this action is directly related to Civil Action No. 02-1953C, in which SCE is suing the United States for a separate breach of the same contract. On December 29, 2003, SCE in fact served Martin Hockey, Esq. of the Department of Justice, counsel of record in Civil Action No. 02-1953C, with a copy of both the Notice of Directly Related Case and the Complaint in this action, but a proof of service was not submitted simultaneously to the Court or Mr. Hockey.

I have been informed by Marsha Hymanson that she has spoken with Mr. Hockey regarding this motion. She has informed me that he acknowledged that he had received the documents, and stated that the Government takes no position on this Motion for Leave to File the Proof of Service.

Therefore, SCE respectfully requests that the Court permit the filing of the attached Proof of Service, which accurately reflects the service made on Mr. Hockey.

RESPECTFULLY SUBMITTED,

Charles D. Siegal
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9251
Facsimile: (213) 687-3702

**COUNSEL OF RECORD FOR PLAINTIFF SOUTHERN CALIFORNIA EDISON**

DATED: December 31, 2003

**OF COUNSEL:**

Leon Bass
SOUTHERN CALIFORNIA EDISON
2244 Walnut Grove Avenue, Room 359
Rosemead, CA 91770
Telephone: (626) 302-6967
Facsimile: (626) 569-414

Marsha Hymanson
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

IT IS SO ORDERED:

JUDGE OF THE COURT OF FEDERAL CLAIMS

**Exhibit 1**

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 29th day of December 2003, I caused to be delivered via overnight mail **(Federal Express)** a copy of the "Complaint For Damages For Breach of Contract and Plaintiff Southern California Edison's Notice of Directly Related Case (RCFC 40.2)" addressed as follows:

Martin F. Hockey, Jr.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

Mary L. Pantoja

Mary L. Pantoja

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 31st day of December 2003, I caused to be delivered via overnight mail **(Federal Express)** a copy of "Plaintiff Southern California Edison's Motion For Leave To File Proof of Service" addressed as follows:

Martin F. Hockey, Jr.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

Mary L. Pantoja

Docket No. 03-2869

**UNITED STATES COURT OF FEDERAL CLAIMS**

**MEMORANDUM**

TO: JUDGE Lettow
FROM: CLERK'S OFFICE

The attached was received on 1/5/2004 and the following defect(s) is/are noted:

JAN 9 2003

1. ____ Untimely, due to be filed by ____________ [Rule 7.1]

2. ____ Proof of service: [Rule 5.1]
   ____ is missing; ____ is not signed and/or dated;
   ____ shows service on wrong attorney or of wrong item;
   ____ is not attached to each document or copy

3. ____ Not signed by the attorney of record [Rules 11 and 83.1(c)(2)]

4. ____ Does not comply with the provisions of Rule:

| | | |
|---|---|---|
| ____ | 5.2(a)(1)(A) | Re: table of contents or index to appendix is missing (or in wrong location) |
| ____ | 5.2(a)(1)(G) | Re: index to appendix is to be located in both the front of the brief and in front of the appendix |
| ____ | 5.2(b) | Re: length of briefs or memorandum |
| ____ | 5.3(c) | Re: binding |
| ____ | 5.3(d) | Re: original/copies missing |
| ✓ | 5.3(g) | Re: Judge's name on all filings |
| ____ | 24(c) | Re: motion to be accompanied by a pleading |
| ____ | 7(b) | Re: brief, supporting memorandum, affidavits shall be attached to motion |
| ____ | 56(h) | Re: proposed findings and/or response to proposed findings is missing or not a separate document |
| ____ | 56.1(b) | Re: statement of facts and/or counter-statement of facts is missing or not a separate document |
| ____ | 77.1(a) | Re: improper use of the night box |
| ____ | 83.1(c)(1) | Re: one attorney for a party; attorney to be an individual not a firm |
| ____ | ________ | Re: ____________________ |

5. ____ Original affidavit(s)/declaration(s) is/are missing
6. ____ No provision in the Rules for the filing of this item
7. ✓ ECF Case

John Paul
Deputy Clerk

**To:** **CLERK'S OFFICE**

**THE ATTACHED ITEM IS TO BE:**

X Filed by my leave, **OR**,

***PURSUANT TO THE ACCOMPANYING ORDER:***
(Note - This is a separately written order)

____ Filed by leave of the judge and party is being notified for correction of defect(s) as to future filings.

____ Returned to party for correction of defects, with the document to be filed by leave of the judge, if it is out of time, with opposing counsel's time to respond to run from the date of re-service.

____ Returned to party for correction of defect(s).

[signature]
Signature

1/9/04
Date