ORIGINAL

IN THE

UNITED STATES COURT OF FEDERAL CLAIMS

FILED
JAN 1 2 2004
U.S. COURT OF FEDERAL CLAIMS

SOUTHERN CALIFORNIA EDISON,

Plaintiff,

vs.

UNITED STATES OF AMERICA,

Defendant.

Civil Action No. 03-2869

**PROOF OF SERVICE OF COMPLAINT FOR DAMAGES FOR BREACH OF CONTRACT AND PLAINTIFF SOUTHERN CALIFORNIA EDISON'S NOTICE OF DIRECTLY RELATED CASE (RCFC 40.2)**

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 29th day of December 2003, I caused to be delivered via overnight mail **(Federal Express)** a copy of the "Complaint For Damages For Breach of Contract and Plaintiff Southern California Edison's Notice of Directly Related Case (RCFC 40.2)" addressed as follows:

Martin F. Hockey, Jr.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

Mary L. Pantoja

RESPECTFULLY SUBMITTED,

Charles D. Siegal
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9251
Facsimile: (213) 687-3702

**COUNSEL OF RECORD FOR PLAINTIFF SOUTHERN CALIFORNIA EDISON**

DATED: December 31, 2003

**OF COUNSEL:**

Leon Bass
SOUTHERN CALIFORNIA EDISON
2244 Walnut Grove Avenue, Room 359
Rosemead, CA 91770
Telephone: (626) 302-6967
Facsimile: (626) 569-414

Marsha Hymanson
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 31st day of December 2003, I caused to be delivered via overnight mail **(Federal Express)** a copy of "PROOF OF SERVICE OF COMPLAINT FOR DAMAGES FOR BREACH OF CONTRACT AND PLAINTIFF SOUTHERN CALIFORNIA EDISON'S NOTICE OF DIRECTLY RELATED CASE (RCFC 40.2)" addressed as follows:

Martin F. Hockey, Jr.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

Mary L. Pantoja