**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**SOUTHERN CALIFORNIA EDISON, )**
**)**
**Plaintiffs, )**
**)**
**v. ) No. 03-2869C**
**) (Judge Lettow)**
**THE UNITED STATES, )**
**)**
**Defendant. )**

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Martin F. Hockey, Jr. as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Martin F. Hockey, Jr.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Washington D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street NW

Dated: February 25, 2004

s/ Martin F. Hockey, Jr.
Martin F. Hockey, Jr.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202) 307-6288
Fax: (202) 514-8624

Notice of Filing

I hereby certify that on February 25, 2004, a copy of the foregoing notice of appearance was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I hereby further certify that on February 25, 2004, I caused to be served by United States mail (first class, postage prepaid) copies of the foregoing notice of appearance addressed as follows:

Charles D. Siegal
Munger, Tolles & Olson, LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071-1560

s/ Martin F. Hockey, Jr.