**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **SOUTHERN CALIFORNIA EDISON,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 03-2869C** |
| | ) | **(Judge Lettow)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Defendant respectfully requests that this Court grant defendant an enlargement of time of 32 days, to and including March 30, 2004, within which to respond to plaintiff's complaint. Defendant's response presently is due on February 27, 2004. This is defendant's first request for an enlargement of time for this purpose. Plaintiff's counsel has indicated that plaintiff will not oppose this motion.

This motion is necessary because counsel for the Department of Energy, Bonneville Power Administration, has been unable to provide us with a litigation report in this matter. Counsel has been diligently attempting to prepare the litigation report, but requires additional time to complete the report.

We rely upon agency counsel to prepare a litigation report pursuant to 28 U.S.C. § 520 concerning the case so that we may properly respond to actions filed against the United States. Agency counsel's duties and responsibilities in preparing the litigation report are very time consuming, as he must investigate

the allegations made, interview witnesses, and analyze the complaint.

Agency counsel has informed counsel for the defendant that he requires an additional three weeks to complete the litigation report, given the availability of witnesses related to the allegations contained in the complaint, as well as his duties on other cases, including a related case to this case. Once agency counsel prepares a litigation report, we must review it and respond to plaintiff's complaint accordingly. As a result, additional time is needed so that counsel may adequately respond to plaintiff's complaint.

For the foregoing reasons, defendant respectfully requests that the Court grant its unopposed motion for an enlargement of time of 32 days, to and including March 30, 2004, within which defendant must respond to the complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 307-6288

February 25, 2004

Attorneys for Defendant

Notice of Filing

I hereby certify that on February 25, 2004, a copy of the foregoing defendant's unopposed motion for an enlargement of time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I hereby further certify that on February 25, 2004, I caused to be served by United States mail (first class, postage prepaid) copies of the foregoing defendant's unopposed motion for an enlargement of time addressed as follows:

Charles D. Siegal
Munger, Tolles & Olson, LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071-1560

s/ Martin F. Hockey, Jr.