**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **SOUTHERN CALIFORNIA EDISON,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 03-2869C** |
| | ) | **(Judge Lettow)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Defendant respectfully requests that this Court grant defendant an enlargement of time of three days, to and including April 2, 2004, within which to respond to plaintiff's complaint. Defendant's response presently is due on March 30, 2004. This is defendant's second request for an enlargement of time for this purpose, having already requested a 30-day enlargement. Plaintiff's counsel has indicated that plaintiff will not oppose this motion.

This motion is necessary because counsel for the Department of Energy, Bonneville Power Administration, required additional time before providing us with a litigation report in this matter. We rely upon agency counsel to prepare a litigation report pursuant to 28 U.S.C. § 520 concerning the case so that we may properly respond to actions filed against the United States.

Although agency counsel has provided us with a litigation report, and we have prepared a draft response to the complaint, we require additional time to provide our supervisor an opportunity to review the draft response. Once our supervisor

has reviewed the draft response, we will require additional time to consult with the agency, make any appropriate changes and complete the response. As a result, additional time is needed so that counsel may adequately respond to plaintiff's complaint.

For the foregoing reasons, defendant respectfully requests that the Court grant its unopposed motion for an enlargement of time of three days, to and including April 2, 2004, within which defendant must respond to the complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/David M. Cohen
DAVID M. COHEN
Director

s/Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 307-6288

March 30, 2004

Attorneys for Defendant

Notice of Filing

I hereby certify that on March 30, 2004, a copy of the foregoing defendant's unopposed motion for an enlargement of time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I hereby further certify that on March 30, 2004, I caused to be served by United States mail (first class, postage prepaid) copies of the foregoing defendant's unopposed motion for an enlargement of time addressed as follows:

Charles D. Siegal
Munger, Tolles & Olson, LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071-1560

s/ Martin F. Hockey, Jr.