IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2869C

(Filed: March 31, 2004)

| | |
|---|---|
| SOUTHERN CALIFORNIA EDISON, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant, | ) |

ORDER

Pending before the Court is defendant's Unopposed Motion for an Enlargement of Time, filed on March 30, 2004. Defendant requests an additional three days in which to file its response to plaintiff's complaint. This is defendant's second request for an extension for this purpose, and defendant's counsel notes that plaintiff's counsel does not intend to oppose the Motion.

Good cause having been shown, defendant's Motion for Enlargement is GRANTED. Defendant shall file its response to the complaint on or before April 2, 2004.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge