**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **SOUTHERN CALIFORNIA EDISON,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 03-2869C** |
| | ) | **(Judge Lettow)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Defendant respectfully requests that this Court grant defendant an enlargement of time of 60 days, to and including June 1, 2004, within which to respond to plaintiff's complaint. Defendant's response presently is due on April 2, 2004. This is defendant's third request for an enlargement of time for this purpose, the Court having already granted enlargements totaling 35 days. Plaintiff's counsel has indicated that plaintiff will not oppose this motion.

In our prior motions for an enlargement of time, we indicated that additional time was necessary to complete our response to the complaint. We have completed defendant's response to the complaint. However, as we explain below, this motion is necessary to enable the parties to determine whether resolution of this matter is possible, without further intervention from the Court, before incurring the costs associated with continued litigation of this matter.

On April 1, 2000, representatives of the parties engaged in a pre-scheduled discussion regarding business issues unrelated to

the issues raised in this case. During the course of these discussions, the subject of the pending litigation between the parties was raised, and the parties agreed to enter into further discussions designed to determine whether the issues raised in this case, as well as those raised in another case pending before this Court, Southern California Edison v. United States, No. 02-1953C, can be resolved without further judicial intervention. In order to further these discussions, the parties agreed to suspend all activity unrelated to the settlement discussions in these cases for 60 days.

Accordingly, in the interests of preserving the resources of the Court and of the parties, we have submitted this motion for an enlargement of time. On or before June 1, 2004, defendant will either submit: (1) its response to the complaint, (2) a status report proposing further proceedings, or (3) jointly with plaintiff, the appropriate documents indicating that a settlement has been reached.

For the foregoing reasons, defendant respectfully requests that the Court grant its unopposed motion for an enlargement of time of 60 days, to and including June 1, 2004, within which defendant must respond to the complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/David M. Cohen
DAVID M. COHEN
Director

s/Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 307-6288

April 2, 2004

Attorneys for Defendant

Notice of Filing

I hereby certify that on April 2, 2004, a copy of the foregoing defendant's unopposed motion for an enlargement of time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I hereby further certify that on April 2, 2004, I caused to be served by United States mail (first class, postage prepaid) copies of the foregoing defendant's unopposed motion for an enlargement of time addressed as follows:

Charles D. Siegal
Munger, Tolles & Olson, LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071-1560

s/ Martin F. Hockey, Jr.