IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2869C

(Filed: April 8, 2004)

SOUTHERN CALIFORNIA EDISON,

Plaintiff,

v.

UNITED STATES,

Defendant,

ORDER

Pending before the Court is defendant's Unopposed Motion for an Enlargement of Time, filed on April 2, 2004. Defendant requests an additional sixty days in which to file its response to plaintiff's complaint. This is defendant's third request for an extension for this purpose, and defendant's counsel notes that plaintiff's counsel does not intend to oppose the Motion. Defendant indicates that the parties are in the process of negotiations regarding the possibility of settling this case.

Additionally, the Clerk's Office has indicated to chambers that plaintiff's counsel has not obtained an account for use of the Court's automated Case Management/Electronic Case Filing ("CM/ECF") system, as required by General Order No. 42. This case was designated as an "electronic case" on December 30, 2003. Pursuant to the Notice of Designation issued by the Acting Clerk of the Court on that date and General Order No. 42, counsel in electronic cases are required to obtain a CM/ECF account immediately upon such designation. Accordingly, plaintiff's counsel is ordered to obtain a CM/ECF account immediately. In this instance, the Clerk's Office is instructed to serve this Order on plaintiff's counsel in the traditional, non-electronic method with a copy of defendant's Unopposed Motion for Enlargement of Time attached to effectuate service on plaintiff of such Motion.

Good cause having been shown, defendant's Motion for Enlargement is GRANTED. Defendant shall file its response to the complaint on or before June 1, 2004.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge