**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **SOUTHERN CALIFORNIA EDISON,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 03-2869C** |
| | ) | **(Judge Lettow)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Defendant respectfully requests that this Court grant defendant an enlargement of time of 90 days, to and including August 30, 2004, within which to respond to plaintiff's complaint. Defendant's response presently is due on June 1, 2004. This is defendant's fourth request for an enlargement of time for this purpose, the Court having already granted enlargements totaling 95 days. Plaintiff's counsel has indicated that plaintiff will not oppose this motion.

In our April 2, 2004 motion for an enlargement of time, we indicated that we had completed our response to the complaint; however, before submitting the response, we were informed that the parties, while meeting on April 1, 2004, regarding general business issues, had agreed to pursue further discussions regarding these business issues, as well as those issues raised in this case. Telephonic discussions following the April 1, 2004 meeting have resulted in the scheduling of another in-person meeting between high-ranking representatives of the parties designed to determine, among other things, whether the issues

raised in this case, as well as those raised in Southern California Edison v. United States, No. 02-1953C, can be resolved without resort to further judicial intervention. This follow-up meeting is scheduled to occur on June 3, 2004.

Accordingly, in the interests of preserving the resources of the Court and of the parties, defendant respectfully requests that the response to the complaint be due on or before August 30, 2004. This additional time will enable the parties to conduct the June 3, 2004 meeting, and address any issues that result from that meeting, without incurring the potentially unnecessary costs of litigating the two cases at issue given the possibility that a settlement may be reached between the parties. On or before August 30, 2004, defendant will either submit: (1) its response to the complaint, (2) a motion proposing further proceedings, or (3) jointly with plaintiff, the appropriate documents indicating that a settlement has been reached.

For the foregoing reasons, defendant respectfully requests that the Court grant its unopposed motion for an enlargement of time of 90 days, to and including August 30, 2004, within which defendant must respond to the complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/David M. Cohen
DAVID M. COHEN
Director

s/Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 307-6288

May 26, 2004

Attorneys for Defendant

Notice of Filing

I hereby certify that on May 26, 2004, a copy of the foregoing defendant's unopposed motion for an enlargement of time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Martin F. Hockey, Jr.