IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2869C

(Filed: May 28, 2004)

| | |
|---|---|
| SOUTHERN CALIFORNIA EDISON, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant, | ) |

ORDER

Pending before the Court is defendant's Unopposed Motion for an Enlargement of Time, filed on May 26, 2004. Defendant requests an additional ninety days in which to file its response to plaintiff's complaint. This is defendant's fourth request for an extension for this purpose, and defendant's counsel notes that plaintiff's counsel does not intend to oppose the Motion. Defendant indicates that the parties continue to negotiate the possibility of settling this case.

Good cause having been shown, defendant's Motion for Enlargement is GRANTED. Defendant shall file its response to the complaint on or before August 30, 2004.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge