**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **SOUTHERN CALIFORNIA EDISON,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 03-2869C** |
| | ) | **(Judge Lettow)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Defendant respectfully requests that this Court grant defendant an enlargement of time of 60 days, to and including October 29, 2004, within which to respond to plaintiff's complaint. Defendant's response presently is due on August 30, 2004. This is defendant's fifth request for an enlargement of time for this purpose, the Court having already granted enlargements totaling 185 days. Plaintiff's counsel has indicated that plaintiff will not oppose this motion.

In our April 2, 2004 motion for an enlargement of time, we indicated that we had completed our response to the complaint; however, before submitting the response, we were informed that the parties, while meeting on April 1, 2004, regarding general business issues, had agreed to pursue further discussions regarding these business issues, as well as those issues raised in this case, and in Southern California Edison v. United States, No. 02-1953C. In our May 26, 2004 motion, we indicated that the parties initial discussions resulted in the scheduling of further discussions during June 2004. Although the parties have

continued to confer during the last few months, these discussions have not yet resulted in an agreement to resolve these matters without resort to further judicial intervention. However, the parties have agreed to another in-person meeting for the first week in October 2004, which is the earliest date convenient to representatives of the parties, as well as counsel, in a final attempt to determine whether settlement of both this matter and the related case is possible.

Accordingly, in the interests of preserving the resources of the Court and of the parties, defendant respectfully requests that the response to the complaint be due on or before October 29, 2004. This additional time will enable the parties to conduct the October 2004 meeting, and address any issues that result from that meeting, without incurring the potentially unnecessary costs of litigating the two cases at issue given the possibility that a settlement may be reached between the parties. On or before October 29, 2004, defendant will either submit: (1) its response to the complaint, (2) a motion proposing further proceedings, or (3) jointly with plaintiff, the appropriate documents indicating that a settlement has been reached.

For the foregoing reasons, defendant respectfully requests that the Court grant its unopposed motion for an enlargement of time of 60 days, to and including October 29, 2004, within which defendant must respond to the complaint.

Respectfully submitted,

PETER D. KEISLER

Assistant Attorney General

s/David M. Cohen
DAVID M. COHEN
Director

s/Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 307-6288

August 19, 2004

Attorneys for Defendant

Notice of Filing

I hereby certify that on August 19, 2004, a copy of the foregoing defendant's unopposed motion for an enlargement of time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Martin F. Hockey, Jr.