IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2869C

(Filed: August 27, 2004)

SOUTHERN CALIFORNIA EDISON,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the Court is Defendant's Unopposed Motion for an Enlargement of Time, filed on August 19, 2004. Defendant requests an additional sixty days in which to file its response to plaintiff's complaint. This is defendant's fifth request for an extension for this purpose, and defendant's counsel notes that plaintiff's counsel does not intend to oppose the motion. Defendant indicates that the parties continue to negotiate about settling this case.

Good cause having been shown, Defendant's Unopposed Motion for an Enlargement of Time is **GRANTED**. Defendant shall file its response to the complaint on or before October 29, 2004.

It is so **ORDERED**.

s/ Charles F. Lettow
Charles F. Lettow
Judge