**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **SOUTHERN CALIFORNIA EDISON,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 03-2869C** |
| | ) | **(Judge Lettow)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Defendant respectfully requests that this Court grant defendant an enlargement of time of 31 days, to and including November 29, 2004, within which to respond to plaintiff's complaint. Defendant's response presently is due on October 29, 2004. This is defendant's sixth request for an enlargement of time for this purpose, the Court having already granted enlargements totaling 245 days. Plaintiff's counsel has indicated that plaintiff will not oppose this motion.

In our previous motions requesting additional time to respond to the complaint, we indicated that we completed our response to the complaint; however, before submitting the response, we were informed that the parties had agreed to pursue further discussions regarding overall business issues, as well as those issues raised in this case, and in Southern California Edison v. United States, No. 02-1953C. In our most recent motion, we indicated that following in-person meetings and followup telephonic discussions, the parties scheduled another in-person meeting between counsel and representatives of the

parties during October 2004. On October 27, 2004, counsel and representatives of the parties met in Los Angeles, California, in an attempt to determine whether settlement of this matter is possible. The parties exchanged information during the meeting which requires further evaluation before the parties can determine whether settlement of this case, as well as No. 02-1953C, is possible. Accordingly, the parties believe that the interest of preserving the resources of the Court and the parties would be preserved if the parties were allowed to conclude their respective analyses concerning the possibility of settlement. The parties have agreed that a determination in this regard will be made within the next 30 days.

Thus, in the interests of preserving the resources of the Court and of the parties, defendant respectfully requests that the response to the complaint be due on or before November 29, 2004. This additional time will enable the parties to address issues that resulted from the October 27, 2004 meeting, without incurring the potentially unnecessary costs of litigating the two cases at issue given the possibility that a settlement may be reached between the parties. On or before November 29, 2004, defendant will either submit: (1) its response to the complaint, (2) a motion proposing further proceedings, or (3) jointly with plaintiff, the appropriate documents indicating that a settlement has been reached.

For the foregoing reasons, defendant respectfully requests that the Court grant its unopposed motion for an enlargement of

time of 31 days, to and including November 29, 2004, within which defendant must respond to the complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/David M. Cohen
DAVID M. COHEN
Director

s/Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 307-6288

October 29, 2004

Attorneys for Defendant

Notice of Filing

I hereby certify that on October 29, 2004, a copy of the foregoing defendant's unopposed motion for an enlargement of time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Martin F. Hockey, Jr.