IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2869C

(Filed: November 2, 2004)

SOUTHERN CALIFORNIA EDISON,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the Court is Defendant's Unopposed Motion for an Enlargement of Time, filed on October 29, 2004. Defendant's response to plaintiff's complaint is presently due on October 29, 2004. Defendant requests an additional thirty-one days, to and including November 29, 2004, in which to respond to plaintiff's complaint. This is defendant's sixth request for an enlargement of time for this purpose, and this motion is unopposed. Defendant's counsel assures the court that the parties will decide whether to settle this case during this period.

Good cause having been shown, Defendant's Unopposed Motion for an Enlargement of Time is **GRANTED**. Defendant shall file its response to the complaint on or before November 29, 2004. No further enlargements will be granted for this purpose.

It is so **ORDERED**.

s/ Charles F. Lettow
Charles F. Lettow
Judge