IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SOUTHERN CALIFORNIA EDISON,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 03-2869 C<br>(Judge Lettow) |

PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Plaintiff Southern California Edison respectfully requests that this Court grant plaintiff an enlargement of time of thirty-two days, to and including January 31, 2005, within which to respond to defendant's motion to dismiss. Plaintiff's response presently is due on December 30, 2004. This is plaintiff's first request for an enlargement of time for this purpose. Defendant's counsel has indicated that defendant will not oppose this motion.

This motion is necessary because one of the two attorneys primarily response for drafting the opposition has a previously planned pre-paid vacation out of the country. Her last day in the office is December 16, 2004, and she will return on January 3, 2005. Her absence for almost three weeks adversely affects plaintiff's ability to prepare its opposition under the present schedule. As a result, additional time is needed so that counsel may adequately respond to the motion to dismiss.

For the foregoing reasons, plaintiff respectfully requests that the Court grant its unopposed motion for an enlargement of time of thirty-two days, to and including January 31, 2005, within which plaintiff must respond to the motion to dismiss.

RESPECTFULLY SUBMITTED,

s/ Charles D. Siegal

MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9181
Facsimile: (213) 687-3702
**COUNSEL OF RECORD FOR PLAINTIFF SOUTHERN CALIFORNIA EDISON**

DATED: December 6, 2004

**OF COUNSEL:**

Leon Bass
SOUTHERN CALIFORNIA EDISON
2244 Walnut Grove Avenue, Room 359
Rosemead, CA 91770
Telephone: (626) 302-6967
Facsimile: (626) 569-4145

Marsha Hymanson
MUNGER, TOLLES & OLSON LLP
355 South Grand Ave.
35th Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9502
Facsimile: (213) 687-3702

Notice of Filing

I hereby certify that on December 6, 2004, a copy of the foregoing defendant's unopposed motion for an enlargement of time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court' electronic filing system. Parties may access this filing through the Court's system.

I hereby further certify that on December 6, 2004, I caused to be served by United States mail (first class, postage prepaid) copies of the foregoing defendant's unopposed motion for an enlargement of time addressed as follows:

Martin F. Hockey, Jr.
Department of Justice
Attn: Classification Unit
8th Floor, 1100 "L" St., NW
Washington, D.C. 20530

s/ Charles D. Siegal