IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2869C

(Filed: December 8, 2004)

SOUTHERN CALIFORNIA EDISON,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Pending before the court is Plaintiff's Unopposed Motion for an Enlargement of Time, filed on December 6, 2004. Plaintiff's response to defendant's motion to dismiss is currently due on December 30, 2004. Plaintiff requests an additional thirty-two days to respond.

Good cause having been shown, plaintiff's motion is **GRANTED**. Plaintiff shall file its response on or before January 31, 2005.

It is so **ORDERED**.

s/ Charles F. Lettow
Charles F. Lettow
Judge