**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **SOUTHERN CALIFORNIA EDISON,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 03-2869C** |
| | ) | **(Judge Lettow)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Defendant respectfully requests that this Court grant defendant an enlargement of time of 28 days, to and including March 14, 2005, within which to reply to plaintiff's opposition to our motion to dismiss. Our reply presently is due on February 14, 2005. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel has indicated that plaintiff will not oppose this motion.

This motion is necessary to enable counsel for the Department of Energy, Bonneville Power Administration, who is assisting counsel in preparing a reply to plaintiff's opposition, sufficient time to provide input into our reply. Agency counsel has been diligently attempting to provide assistance to counsel for the Government, but requires additional time to complete his analysis of plaintiff's opposition given his other responsibilities, including efforts related to responding to the complaint in the related case Southern California Edison v. United States, Fed. Cl. No. 04-1716C.

Although agency counsel anticipates being able to forward a draft response within the next seven days, counsel for the Government will not be available to complete the Government's response until March 10, 2005, as he will be preparing for, and conducting depositions in Northrop Grumman v. United States, No. 96-760C, from February 14-25, 2005, and will be out of the office from March 2-9, 2005, on prescheduled leave. Accordingly, counsel requires additional time to complete the Government's reply to plaintiff's opposition to our motion to dismiss.

For the foregoing reasons, defendant respectfully requests that the Court grant its unopposed motion for an enlargement of time of 28 days, to and including March 14, 2005, within which defendant must submit a reply to plaintiff's opposition to our motion to dismiss.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/David M. Cohen
DAVID M. COHEN
Director

s/Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 307-6288

February 10, 2005

Attorneys for Defendant

<u>Notice of Filing</u>

I hereby certify that on February 10, 2005, a copy of the foregoing defendant's unopposed motion for an enlargement of time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Martin F. Hockey, Jr.