IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2869C

(Filed: February 10, 2005)

| | |
|---|---|
| SOUTHERN CALIFORNIA EDISON, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Pending before the court is Defendant's Unopposed Motion for an Enlargement of Time, filed on February 10, 2005. Defendant's reply in support of its motion to dismiss is presently due on or before February 14, 2005. Defendant requests an additional 28 days in which to file its reply. For good cause shown, defendant's motion is GRANTED. Defendant shall file its reply in support of its motion to dismiss on or before March 14, 2005.

It is so **ORDERED**.

s/ Charles F. Lettow
Charles F. Lettow
Judge