IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2869C

(Filed: April 1, 2005)

SOUTHERN CALIFORNIA EDISON,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is Defendant's Motion to Dismiss, filed on November 29, 2004. A hearing will be held on this motion on April 21, 2005, commencing at 2 p.m., at the Howard T. Markey National Courts Building, 717 Madison Avenue, N.W., Washington D.C. The courtroom in which the hearing will be held shall be posted in the lobby of the building.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge