IN THE UNITED STATES COURT OF FEDERAL CLAIMS

SOUTHERN CALIFORNIA EDISON,

Plaintiff,

vs.

UNITED STATES OF AMERICA,

Defendant.

No. 03-2869 C
(Judge Lettow)

**JOINT MOTION TO CONTINUE ARGUMENT PENDING MEDIATION**

Plaintiff Southern California Edison and Defendant the United States ("Parties") respectfully request that this Court continue the argument presently calendared for April 21, 2005, pending a mediation of the disputes that are the subjects of this action and cases docketed at 02-1935C and 04-1716C.

Commencing on April 2, 2004, Defendant filed a series of unopposed motions to enlarge the time in which it would file its response to Plaintiff's complaint while the parties engaged in direct settlement discussions. The Court approved six motions to enlarge time, the last of which extended the time to respond to the complaint to November 29, 2004. The Court's Order of November 2, 2004 stated: "No further enlargements will be granted for this purpose." The Parties' settlement discussions failed to conclude these matters and Defendant filed a Motion to Dismiss on November 29, 2004. The motion has been fully briefed by the Parties, and the Court ordered oral argument on April 21, 2005 at 2:00 p.m.

In the past week, both Southern California Edison and the United States have agreed to engage a third party mediator to assist in resolving this and the two related cases. This motion is necessary because holding the April 21, 2005 argument on Defendant's Motion to Dismiss will necessitate a delay in commencing the mediation to allow for preparation and participation in oral argument by the same attorneys involved in preparing for the mediation. Additionally, the issuance of a decision on the Motion to Dismiss could dramatically affect the dynamics of a mediation that involves three cases. This is a window of opportunity for settling the cases that may not reappear.

For the foregoing reasons, the Parties respectfully request that the Court grant their joint motion to continue the April 21, 2005 argument pending the mediation of the case. The Parties respectfully request that they be permitted to file a joint status report on the progress of the mediation in sixty days, or on or before June 7, 2005.

Respectfully submitted,

s/Charles D. Siegal
CHARLES D. SIEGAL
MARSHA HYMANSON
Munger, Tolles & Olson LLP
355 South Grand Avenue
35th Floor
Los Angeles, California
90071-1560
Tele: (213) 683-9181

Of Counsel:

Leon Bass, Jr.
Southern California Edison
2244 Walnut Grove Ave., Rm 359
Rosemead, CA 91770
Tele: (626) 302-6967

Attorneys for Plaintiff

April 11, 2005

PETER D. KEISLER
Assistant Attorney General

s/David M. Cohen
DAVID M. COHEN
Director

s/Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6288

Attorneys for Defendant

Notice of Filing

I hereby certify that on April 11, 2005, a copy of the foregoing "Joint Motion to Continue Argument Pending Mediation" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court' electronic filing system. Parties may access this filing through the Court's system.

s/Martin Hockey