IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2869C

(Filed: April 12, 2005)

SOUTHERN CALIFORNIA EDISON,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the parties' Joint Motion to Continue Argument Pending Mediation, filed on April 11, 2005. A hearing on the defendant's motion to dismiss is currently scheduled for April 21, 2005. The parties seek to continue this hearing pending mediation of this case and two related cases.

For good cause shown, the parties' motion is GRANTED. The court postpones the hearing in this case now scheduled for April 21, 2005 to a future date yet to be determined. In addition, defendant's motion to dismiss is DENIED WITHOUT PREJUDICE, subject to resubmission on the same briefs that have already been filed if mediation in this case is unsuccessful. The parties shall file a joint status report on or before June 13, 2005.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge