IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SOUTHERN CALIFORNIA EDISON,<br>Plaintiff,<br>vs.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 03-2869 C<br>(Judge Lettow) |

**PLAINTIFF'S UNOPPOSED STATUS REPORT**

On April 12, 2005, the Court continued the previously calendared hearing on Defendant's Motion to Dismiss pending mediation of this case and two related cases. The Court also ordered the parties to file a joint status report on or before June 13, 2005.

Due to logistical problems that precluded filing of a joint status report, the parties have agreed that Plaintiff will file this status report and that Defendant does not oppose it.

The parties have reached agreement on a mediator and the mediation is scheduled to take place on June 13 and 14, 2005 in Seattle, Washington.

RESPECTFULLY SUBMITTED,

s/ Charles D. Siegal

MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9181
Facsimile: (213) 687-3702
**COUNSEL OF RECORD FOR PLAINTIFF SOUTHERN CALIFORNIA EDISON**

DATED: June 10, 2005

**OF COUNSEL:**

Leon Bass, Jr.
SOUTHERN CALIFORNIA EDISON
2244 Walnut Grove Avenue, Room 359
Rosemead, CA 91770
Telephone: (626) 302-6967
Facsimile: (626) 569-4145

Marsha Hymanson
MUNGER, TOLLES & OLSON LLP
355 South Grand Ave.
35th Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9502
Facsimile: (213) 687-3702

Notice of Filing

I hereby certify that on June 10, 2005, a copy of the foregoing Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court' electronic filing system. Parties may access this filing through the Court's system.

s/Charles D. Siegal