**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **SOUTHERN CALIFORNIA EDISON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 03-2869C** |
| | ) | **(Judge Lettow)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT MOTION FOR RESUBMISSION OF DEFENDANT'S MOTION TO DISMISS**

On April 12, 2005, the Court continued the previously calendared hearing on Defendant's Motion to Dismiss pending mediation of this case and two related cases. The Court also ordered the Defendant's motion to dismiss "DENIED WITHOUT PREJUDICE, subject to resubmission on the same briefs that have already been filed if mediation in this case is unsuccessful."

The mediation was held on June 13 and 14, 2005, and was unsuccessful. Therefore, the parties respectfully request the Court to consider the Government's motion to dismiss based upon the briefs previously submitted to the Court.

Respectfully submitted,

s/Charles D. Siegal
CHARLES D. SIEGAL
MARSHA HYMANSON
Munger, Tolles & Olson LLP
355 South Grand Avenue
35th Floor
Los Angeles, California
90071-1560
Tele: (213) 683-9181

PETER D. KEISLER
Assistant Attorney General

s/David M. Cohen
DAVID M. COHEN
Director

S/Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6288

Attorneys for Defendant

Of Counsel:

Leon Bass, Jr.
Southern California Edison
2244 Walnut Grove Avenue
Room 359
Rosemead, CA 91770

Attorneys for Plaintiff

July 13, 2005

Notice of Filing

I hereby certify that on July 13, 2005, the foregoing JOINT MOTION FOR RESUBMISSION OF DEFENDANT’S MOTION TO DISMISS was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Martin F. Hockey, Jr.