IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2869C

(Filed: July 18, 2005)

SOUTHERN CALIFORNIA EDISON,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Pending before the court is the parties' Joint Motion For Resubmission Of Defendant's Motion To Dismiss, filed electronically on July 13, 2005. In the joint motion the parties advise that a mediation held on June 13 and 14, 2005 failed to resolve the dispute between them. The court previously had ordered that defendant's motion to dismiss be denied without prejudice, "subject to resubmission on the same briefs that have already been filed if mediation in this case is unsuccessful." Order of April 12, 2005. The mediation having failed, the parties' joint motion should be, and is, GRANTED. Accordingly, the parties' briefs on defendant's motion to dismiss shall be reinstated, each deemed filed as of the date of this order, and the motion will be scheduled for argument within the near future.

It is so **ORDERED**.

s/ Charles F. Lettow
Charles F. Lettow
Judge