IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2869C

(Filed: February 21, 2006)

SOUTHERN CALIFORNIA EDISON,

Plaintiff,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

A status conference in this case shall be held by telephone on March 13, 2006, commencing at 2:00 p.m. EST. The court will initiate the telephone call.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge