**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **SOUTHERN CALIFORNIA EDISON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 03-2869C** |
| | ) | **(Judge Lettow)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order issued during the March 13, 2006 status conference, the parties submit the following proposed schedule for proceedings in this case. The parties propose the trial of this matter begin December 4, 2006. The parties anticipate that the trial will require approximately four days. Accordingly, the parties propose the following schedule, which follows the guidelines for pre-trial activities contained in Appendix A of the Court's Rules:

July 14, 2006 - Close of Fact Discovery

August 11, 2006 - Exchange of any Expert Reports

September 15, 2006 - Completion of Expert Depositions

September 25, 2006 - Meeting of Counsel

October 9, 2006 - Plaintiff's Pre-trial Submissions

November 6, 2006 - Defendant's Pre-Trial Submissions

November 27, 2006 - Pretrial Conference

December 4, 2006 - Trial

Respectfully submitted,

s/Charles D. Siegal
CHARLES D. SIEGAL
MARSHA HYMANSON
Munger, Tolles & Olson LLP
355 South Grand Avenue
35th Floor
Los Angeles, California
90071-1560
Tele: (213) 683-9181

Attorneys for Plaintiff

PETER D. KEISLER
Assistant Attorney General

s/David M. Cohen
DAVID M. COHEN
Director

S/Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6288

Attorneys for Defendant

Dated: March 31, 2006