IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2869C

(Filed: April 3, 2006)

SOUTHERN CALIFORNIA EDISON,

Plaintiff,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

The court acknowledges receipt of the parties' Joint Status Report, filed on March 31, 2006. Pursuant to Appendix A of the Rules of the Court of Federal Claims ("RCFC"), and in light of the parties' Joint Status Report, and for good cause shown, discovery and other preparatory steps for trial shall proceed in accord with the following schedule:

| **Event** | **Date** |
| --- | --- |
| Completion of Fact Discovery | July 14, 2006 |
| Exchange of any Expert Report(s) | August 11, 2006 |
| Completion of Expert Depositions | September 15, 2006 |
| Meeting of Counsel | September 25, 2006 |
| Plaintiff's Pre-Trial Submissions | October 9, 2006 |
| Defendant's Pre-Trial Submissions | November 6, 2006 |
| Pre-Trial Conference | November 27, 2006 @ 10:00 a.m. at the National Courts Building |
| Commencement of Trial | December 4, 2006 @ 9:30 a.m. at the National Courts Building |

It is so **ORDERED**.

s/Charles F. Lettow
Charles F. Lettow
Judge