**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **SOUTHERN CALIFORNIA EDISON,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 03-2869C** |
| | ) | **(Judge Lettow)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S NOTICE OF FILING AMENDED ANSWER WITH WRITTEN CONSENT**

Pursuant to Rule 15(a) of the Rules of the Court of Federal Claims ("RCFC"), defendant respectfully provides the Court with notice of defendant's filing of defendant's first amended answer and affirmative defense to the complaint of plaintiff Southern California Edison ("Edison"). The first amended answer includes the affirmative defense of failure to mitigate. A copy of defendant's first amended answer and affirmative defense is attached to this notice at Exhibit A for filing. Edison has provided written consent to our request that the answer be amended, which consent is attached at Exhibit B.

Rule 8(c) of the RCFC requires parties affirmatively to set forth "any other matter constituting an avoidance or affirmative defense." RCFC (8)(c). Rule 15(a) permits amendment of a pleading "by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires." RCFC 15(a). In this case, we seek to amend our answer to add the affirmative defense of failure to mitigate damages. As evidenced by Exhibit B, Edison consents to our amended answer.

Accordingly, we respectfully request that the amended answer attached to this notice at Exhibit A be filed.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

S/David M. Cohen
DAVID M. COHEN
Director

S/Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 307-6288

Attorneys for Defendant

OF COUNSEL:

JON D. WRIGHT
RICHARD A. GREENE
Office of the General Counsel
Bonneville Power Admin.
901 N.E. 11th Avenue
Portland, OR 97232

August 11, 2006

Notice of Filing

I hereby certify that on August 11, 2006, a copy of the foregoing DEFENDANT’S NOTICE OF FILING AMENDED ANSWER WITH WRITTEN CONSENT was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Martin F. Hockey, Jr.