IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SOUTHERN CALIFORNIA EDISON COMPANY,<br>Plaintiff,<br>vs.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 03-2869 C<br>(Judge Lettow) |

**STIPULATION TO EXTEND DATES FOR PRE-TRIAL FILINGS; [PROPOSED] ORDER THEREON**

Plaintiff Southern California Edison Company ("SCE") and Defendant United States ("United States") (collectively, the "Parties") hereby stipulate as follows:

WHEREAS, the Final Pre-Trial Conference in this matter is scheduled for November 27, 2006, and Trial is scheduled for December 4, 2006;

WHEREAS, the Rules of the Court of Federal Claims ("Rules") require that the Parties conduct their pre-trial Meeting of Counsel no later than September 25, 2006;

WHEREAS, the Parties are unable to conduct their pre-trial Meeting of Counsel prior to September 28th or 29th, 2006;

WHEREAS, Plaintiff's pre-trial filings (Memorandum of Contentions of Fact and Law, Witness List, Exhibit List and Stipulations) are presently due October 9, 2006, less than two weeks after the Parties' pre-trial Meeting of Counsel;

WHEREAS, Defendant's pre-trial filings (Memorandum of Contentions of Fact and Law, Witness List, Exhibit List and Stipulations) are presently due November 6, 2006;

The Parties, through their counsel of record, hereby stipulate that the Court may enter an Order as follows:

(1) Plaintiff's Pre-Trial filings will now be due on October 20, 2006.

(2) Defendant's Pre-Trial filings will now be due on November 10, 2006

The Trial date and Pre-Trial Conference date will remain unchanged.

Respectfully submitted,

s/Charles D. Siegal
CHARLES D. SIEGAL
JOSEPH YBARRA
Munger, Tolles & Olson LLP
355 South Grand Avenue
35th Floor
Los Angeles, California
90071-1560
Tele: (213) 683-9181

Of Counsel:

Leon Bass, Jr.
Southern California Edison
2244 Walnut Grove Ave., Rm 359
Rosemead, CA 91770
Tele: (626) 302-6967

Attorneys for Plaintiff

September 15, 2006

PETER D. KEISLER
Assistant Attorney General

s/David M. Cohen
DAVID M. COHEN
Director

s/Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6288

Attorneys for Defendant

**PROPOSED ORDER**

IT IS SO ORDERED.

DATED: September ____, 2006

______________________________________

Hon. Charles F. Lettow
Judge, Court of Federal Claims

Notice of Filing

I hereby certify that on September 14, 2006, a copy of the foregoing Stipulation To Extend Dates for Pre-Trial Filings; [Proposed] Order Thereon was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court' electronic filing system. Parties may access this filing through the Court's system.

s/ Charles D. Siegal