IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2869C

(Filed: September 21, 2006)

SOUTHERN CALIFORNIA EDISON,

Plaintiff,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

The court acknowledges receipt of the parties' Stipulation to Extend Dates for Pre-Trial Filings, filed on September 15, 2006. The parties request that the court amend its Scheduling Order of April 3, 2006 to extend the deadlines for plaintiff's and defendant's pre-trial submissions. For good cause shown, the parties' request is GRANTED. Plaintiff's pre-trial submissions shall be due on October 20, 2006, and defendant's pre-trial submissions shall be due on November 10, 2006.

It is so ORDERED.

s/Charles F. Lettow
Charles F. Lettow
Judge