IN THE UNITED STATES COURT OF FEDERAL CLAIMS

SOUTHERN CALIFORNIA EDISON COMPANY,

Plaintiff,

vs.

UNITED STATES OF AMERICA,

Defendant.

CASE NO. 03-2869C

(Judge Lettow)

PLAINTIFF'S EXHIBIT LIST

Plaintiff Southern California Edison Company ("SCE") hereby lists the exhibits it intends to introduce at the hearing in this matter, other than for purposes of impeachment. SCE reserves the right to introduce any document identified after this list is served, any document set forth in Defendant's exhibit list, as well as any additional documents for foundation or impeachment.

| Exh. No. | Date | Description | Expects to Offer At Trial | May Offer If Need Arises |
|---|---|---|---|---|
| 1. | 7/19/02 | Letter from Harold Ray to Stephen Wright (SCE Claim Letter) | | X |
| 2. | 1/24/03 | Letter from Jon D. Wright to Leon Bass and Charles D. Siegal (BPA denial of Claim) | | X |
| 3. | 12/30/03 | Complaint For Damages filed by Southern California Edison | | X |
| 4. | 6/10/02 | Declaration of Robert Kendall [Exh. 3 to 5/9/06 Kendall deposition] | | X |

| Exh. No. | Date | Description | Expects to Offer At Trial | May Offer If Need Arises |
|---|---|---|---|---|
| 5. | 11/21/05 | Defendant BPA's Answer | | X |
| 6. | 2/27/06 | Defendant's Responses to Plaintiff's First Set of Interrogatories and Requests For Production [Exh. 5 to 3/15/06 Pollock deposition] | | X |
| 7. | 4/24/06 | Notice of Deposition of United States [Exh. 1 to 6/21/06 Cherry deposition] | | X |
| 8. | 5/1/06 | Defendant's Responses to Plaintiff's Second Set of Requests For Production. | | X |
| 9. | 8/10/06 | Expert Report of Dr. Edward Kahn | X | |
| 10. | 9/28/66 | Exchange Agreement between BPA and Southern California Edison Co. [01-003-000548 – 01-003-000596] | | X |
| 11. | | Undated outline entitled "Capacity-Energy Insurance" [Exh. 4 to 7/19/06 Schoonyan deposition] | | X |
| 12. | 8/11/87 | Memorandum from G. L. Schoonyan to R. W. Kendall re: Insurance Transactions with BPA [Exh. 2 to 7/19/06 Schoonyan deposition] | | X |
| 13. | 2/__/88 | Handwritten notes. [Exh. 2 to 3/15/06 Pollock deposition] | | X |
| 14. | 2/24/88 | Memorandum from Vikram Budhraja to G. J. Borklund, et al. re: conceptual agreement | | X |

| Exh. No. | Date | Description | Expects to Offer At Trial | May Offer If Need Arises |
|---|---|---|---|---|
| | | with BPA [Exh. 5 to 7/19/06 Schoonyan deposition] | | |
| 15. | 5/11/88 | Outline entitled "BPA-Edison Proposed Long-Term Sales and Exchange Agreement" [Exh. 3 to 5/11/06 Bissonette deposition] | | X |
| 16. | 6/24/88 | CPUC Meeting Overview [Exh. 4 to 5/11/06 Bissonette deposition] | | X |
| 17. | 1987 | Wholesale Power Rate Schedules and General Rate Schedule Provisions [Exh. 8 to 6/21/06 Kitchen deposition] | X | |
| 18. | 1987 | Wholesale Power Rate Schedules and General Rate Schedule Provisions (containing Schedules CF-87 and SP-87 only) [Exh. 4 to 3/15/06 Pollock deposition] | X | |
| 19. | 10/18/88 | Sale and Exchange Agreement between BPA and Southern California Edison Co. [Exh. 1 to 3/15/06 Pollock deposition] | X | |
| 20. | 1/28/88 | Sale and Exchange Agreement between BPA and City of Burbank [BPA2-017415 – BPA2-017442] | | X |
| 21. | 1991 | Capacity Sale Agreement between BPA and Washington Water Power Co. [Exh. 5 to 6/21/06 Cherry deposition] | | X |
| 22. | 6/29/94 | Capacity For Energy | | X |

| Exh. No. | Date | Description | Expects to Offer At Trial | May Offer If Need Arises |
|---|---|---|---|---|
| | | Exchange Agreement between BPA and City of Pasadena [BPA2-017061 – BPA2-017099] | | |
| 23. | 6/14/96 | Firm Power Sale Agreement between BPA and San Francisco Bay Area Rapid Transit District, as amended [Exh. 9 to 6/21/06 Kitchen deposition] | | X |
| 24. | 12/3/97 | Firm Power Sale Agreement between BPA and Big Horn Co. Electric Cooperative, as amended [Exh. 4 to 6/21/06 Cherry deposition] | | X |
| 25. | 6/00/96 | Excerpt from Final Rate Proposal – Loads and Resources Study [Exh. 17 to 3/15/06 Pollock deposition] | | X |
| 26. | 1996 | General Rate Schedule Provisions For Power and Transmission Rates [Exh. 2 to 6/21/06 Cherry deposition] | | X |
| 27. | 1996 | Wholesale Power and Transmission Rates [Exh. 16 to 3/15/06 Pollock deposition] | | X |
| 28. | | Schedule PF-96 – Priority Firm Power [Exh. 21 to 3/15/06 Pollock deposition] | | X |
| 29. | | Schedule FPS-96 Firm Power Products and Services [Exh. 10 to 7/19/06 Grosz deposition] | X | |
| 30. | 8/13/99 | Federal Register Notice, Vol. 64, No. 156, pp. 44361-44366 [Exh. 6 to 3/15/06 Pollock | | X |

| Exh. No. | Date | Description | Expects to Offer At Trial | May Offer If Need Arises |
|---|---|---|---|---|
| | | deposition] | | |
| 31. | | Excerpt of Schedule FPS-96R Firm Power Products and Services | X | |
| 32. | 9/23/97 | Memorandum from Stephen Oliver to Mark Miller re: Delegation of Contracting Authority for Power Sales, etc. [Exh. 18 to 6/22/06 Miller deposition] | | X |
| 33. | 11/2/99 | Motion of BPA to Strike Portions of SCE's Direct Testimony [in BPA Docket FPS-96R, 1996 Firm Power Services Rate Scheduling Correction Proceeding] | | X |
| 34. | 3/15/00 | Administrator's Record of Decision in FPS-96R proceeding [pp. 24-76 in BPA's 11/29/04 Appendix to Motion to Dismiss] | | X |
| 35. | 1/15/99 | Letter from Virginia Grosz to Mark Miller [Exh. 5 to 7/19/06 Grosz deposition] | | X |
| 36. | 2/12/99 | Letter from Mark Miller to Virginia Grosz [Exh. 19 to 6/22/06 Miller deposition; Exh. 9 to 3/15/06 Pollock deposition]] | | X |
| 37. | 3/4/99 | Letter from Mark Miller to Virginia Grosz [Exh. 20 to 6/22/06 Miller deposition; Exh. 10 to 3/15/06 Pollock deposition] | | X |
| 38. | 3/4/99 | Email chain from Kimberly Leathley to Robert Procter | | X |

| Exh. No. | Date | Description | Expects to Offer At Trial | May Offer If Need Arises |
|---|---|---|---|---|
| | | (cc: Mark Miller) [Exh. 3 to 6/21/06 Cherry deposition] | | |
| 39. | 3/24/99 | Letter from Kurt Runzler to Gary Morgans [Exh. 12 to 3/15/06 Pollock deposition] | | X |
| 40. | 3/29/99 | Letter from Mark Miller to Virginia Grosz [Exh. 21 to 6/22/06 Miller deposition; Exh. 11 to 3/15/06 Pollock deposition] | | X |
| 41. | 4/12/99 | Letter from Mark Miller to Virginia Grosz [Exh. 8 to 3/15/06 Pollock deposition] | | X |
| 42. | 7/1/99 | Email chain from Virginia Grosz to Mark Miller [Exh. 22 to 6/22/06 Miller deposition; Exh. 11 to 7/19/06 Grosz deposition] | | X |
| 43. | 9/16/99 | Letter from Allen Burns to Stephen Frank [Exh. 14 to 3/15/06 Pollock deposition] | | X |
| 44. | 9/24/99 | FPS-96R BPA Data Response [Exh. 7 to 3/15/06 Pollock deposition] | | X |
| 45. | 11/8/99 | Email from Virginia Grosz to Tomislav Galjanic re: cash Out for Wednesdays Option Capacity [01-016-006817] | | X |
| 46. | 4/10/00 | Analysis entitled "Election of BPA Option Capacity June 1, 2000 to October 31, 2000." [01-030-000365 – 01-030-000367] | | X |
| 47. | 4/27/00 | Letter from Virginia Grosz to Mark Miller [Exh. 23 to | X | |

| Exh. No. | Date | Description | Expects to Offer At Trial | May Offer If Need Arises |
|---|---|---|---|---|
| | | 6/22/06 Miller deposition] | | |
| 48 | 4/28/00 | Letter from Mark Miller to Virginia Grosz [01-030-000395] | X | |
| 49 | 5/1/00 | Letter from Harold Ray to Mark Miller [01-030-000396 – 01-030-000398] | X | |
| 50 | 5/3/00 | Letter from Stephen Oliver to Harold Ray [01-030-000399 – 01-030-000400] | X | |
| 51 | 5/11/00 | Letter from Stephen Oliver to Harold Ray [01-030-000382] | X | |
| 52 | 5/22/00 | Letter from Stephen Oliver to Harold Ray [01-030-000394] | X | |
| 53 | 5/23/00 | BFM Trader's Notes [01-030-000368 – 01-030-000371] | | X |
| 54 | 5/24/00 | BFM Trader's Notes [01-030-000372 – 01-030-000375] | | X |
| 55 | 5/24/00 | Forecast data [01-030-000387 – 01-030-000392] | | X |
| 56 | 5/24/00 | Letter from Harold Ray to Stephen Oliver [Exh. 24 to 6/22/06 Miller deposition; Exh. 15 to 3/15/06 Pollock deposition] | X | |
| 57 | 4/21/00 | PX Block Forward Risk Management Committee Meeting report [01-030-000977 – 01-030-001002] | | X |
| 58 | 5/5/00 | PX Block Forward Risk Management Committee Meeting report [01-030-001003 – 01-030-001020] | | X |

| Exh. No. | Date | Description | Expects to Offer At Trial | May Offer If Need Arises |
|---|---|---|---|---|
| 59 | 5/25/00 | PX Block Forward Risk Management Committee Meeting report [01-030-001021 – 01-030-001044] | | X |
| 60 | 6/22/00 | PX Block Forward Risk Management Committee Meeting report [01-030-001045 – 01-030-001080] | | X |
| 61 | 7/19/00 | PX Block Forward Risk Management Committee Meeting report [01-030-001081 – 01-030-001110] | | X |
| 62 | 8/10/00 | PX Block Forward Risk Management Committee Meeting report [01-030-001111 – 01-030-001133] | | X |
| 63 | 9/25/00 | PX Block Forward Risk Management Committee Meeting report [01-030-001134 – 01-030-001151] | | X |
| 64 | 10/27/00 | SCE Procurement Risk Management Committee Meeting report [01-030-001152 – 01-030-001172] | | X |
| 65 | 6/1/00 through 10/31/00 | PX Day-Ahead settlement statements for the three SCE PX participants (SCE, SCED and SCES) [01-030-976 – 01-030-976._____] | | X |
| 66 | [Undated] | Option Capacity valuation spreadsheet [SCE-AG02604 – SCE-AG02674] | | X |
| 67 | 9/28/06 | BAA088 Export Charges calculation [01-030-001273] | X | |

| Exh. No. | Date | Description | Expects to Offer At Trial | May Offer If Need Arises |
|---|---|---|---|---|
| 68 | 10/00/06 | Ancillary services calculation [01-030-001173 – 01-030-001272] | X | |
| 69 | 10/2/06 | BPA net analysis [01-030-001274 – 01-030-001373] | | X |

Charles D. Siegal /JY

Charles D. Siegal
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9181
Facsimile: (213) 687-3702

**COUNSEL OF RECORD FOR PLAINTIFF SOUTHERN CALIFORNIA EDISON**
DATED: October 20, 2006

**OF COUNSEL:**

Leon Bass
SOUTHERN CALIFORNIA EDISON
2244 Walnut Grove Avenue, Room 359
Rosemead, CA 91770
Telephone: (626) 302-6967
Facsimile: (626) 569-4145

Joseph J. Ybarra
MUNGER, TOLLES & OLSON LLP
355 South Grand Ave.
35th Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9194
Facsimile: (213) 687-3702

NOTICE OF FILING

I hereby certify that on October 20, 2006, a copy of the PLAINTIFF'S EXHIBIT LIST was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I also certify that, pursuant to General Order 2003-42, Paragraph I(5), I forwarded a courtesy copy of the Memorandum to the Court.

s/ Charles D. Siegal