IN THE UNITED STATES COURT OF FEDERAL CLAIMS

SOUTHERN CALIFORNIA EDISON COMPANY,

Plaintiff,

vs.

UNITED STATES OF AMERICA,

Defendant.

CASE NO. 03-2869C

(Judge Lettow)

PLAINTIFF'S WITNESS LIST

Plaintiff Southern California Edison Company ("SCE") hereby identifies the following witnesses to be called in this order:

| Name | Actually Expected to Testify | May Testify If Need Arises | Brief Description of Testimony | Length of Direct Exam |
|---|---|---|---|---|
| Robert Kendall | | Yes | Negotiations of Option Capacity provisions of Agreement | 2 hours |
| Leah Bissonnette | | Yes | Negotiations of Option Capacity provisions of Agreement | 0.5 hours |
| Gary Schoonyan | | Yes | Negotiations of Option Capacity provisions of Agreement | 0.5 hours |
| Kevin Cini | Yes | | Administration of the Agreement with respect to Option Capacity; damages | 1.5 hours |
| Virginia Grosz | Yes | | Administration of the Agreement with respect to Option Capacity; damages. | 1.5 hours |
| Tomaslav Galjanic | Yes | | Plaintiff's damages; the decision to reject Defendant's counter-offer of Option Capacity at new, higher rate | 1 hour |
| Lawrence Kitchen | | Yes | Negotiations of Option Capacity provisions of Agreement. | 1 hour |

| Name | Actually Expected to Testify | May Testify If Need Arises | Brief Description of Testimony | Length of Direct Exam |
|---|---|---|---|---|
| Mark Miller | | Yes | Administration of the Agreement with respect to Option Capacity. | 1 hour |
| Diane Cherry | | Yes | BPA rate schedules | 1 hour |
| David Armstrong | | Yes | Negotiations of Option Capacity provisions of Agreement | 1 hour |
| Dr. Edward Kahn | Yes | | Plaintiff's damages | 2 hours |
| Colin Cushnie | | Yes | Plaintiff's purchases in the Block Forward Market | 1 hour |

SCE reserves the right to call any party to this action, and any and all witnesses listed in Defendant's witness list or deposed or identified after this list is served. Defendant has represented that each of its witnesses set forth above will be available to testify at trial. On the basis of that representation, Plaintiff has not sought leave to use their deposition testimony as substantive evidence (e.g., for a purpose other than impeachment, if necessary).

Charles D. Siegal /jy

Charles D. Siegal
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9181
Facsimile: (213) 687-3702

**COUNSEL OF RECORD FOR PLAINTIFF SOUTHERN CALIFORNIA EDISON**
DATED: October 20, 2006

**OF COUNSEL:**
Leon Bass
SOUTHERN CALIFORNIA EDISON
2244 Walnut Grove Avenue, Room 359
Rosemead, CA 91770
Telephone: (626) 302-6967
Facsimile: (626) 569-4145

Joseph J. Ybarra
MUNGER, TOLLES & OLSON LLP
355 South Grand Ave.
35th Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9194
Facsimile: (213) 687-3702

NOTICE OF FILING

I hereby certify that on October 20, 2006, a copy of the foregoing **PLAINTIFF'S WITNESS LIST** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I also certify that, pursuant to General Order 2003-42, Paragraph I(5), I forwarded a courtesy copy of the Memorandum to the Court.

s/ Charles D. Siegal