IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SOUTHERN CALIFORNIA EDISON COMPANY,<br>Plaintiff,<br>vs.<br>UNITED STATES OF AMERICA,<br>Defendant. | CASE NO. 03-2869C<br>(Judge Lettow)<br>**CERTIFICATE OF SERVICE** |

I hereby certify under penalty of perjury that on this 20th day of October, 2006, I served a true and correct copies of the documents listed below:

1. Plaintiff Southern California Edison Company's Memorandum of Contentions of Fact and Law;
2. Plaintiff's Exhibit List; and
3. Plaintiff's Witness List

on the interested party in this action:

Martin F. Hockey, Jr.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20005
Telephone: (202) 616-0319
Facsimile: (202) 514-8640

I placed a true copy of the original of said document in an addressed sealed envelope(s) clearly labeled to identify the person being served at the address shown above/set forth on the attached service list and placed said envelope(s) in interoffice mail for collection and deposit with the United States Postal Service at 355 South Grand Avenue, Suite 3500, Los Angeles, California, on the date indicated in paragraph 2, following ordinary business practices.

I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 20, 2006, at Los Angeles, California.

/s/ Gloria Urrutia