IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2869C

(Filed: November 3, 2006)

SOUTHERN CALIFORNIA EDISON,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Pending before the court is Defendant's Unopposed Motion for an Enlargement of Time, filed November 1, 2006. Defendant requests that this court enlarge by four days the deadline for submitting defendant's pre-trial submissions, including defendant's witness list, exhibit list, and memorandum of contentions of fact and law. Defendant's pre-trial submissions are currently due on November 13, 2006. In support of this motion, defendant's counsel notes that he has been required to respond to plaintiff's two motions *in limine* and that he will be deposing on November 7, 2006 two of plaintiff's witnesses who were first identified in plaintiff's pre-trial submission. Plaintiff does not oppose this motion.

For good cause shown, defendant's motion is GRANTED. Defendant shall file its pre-trial submissions on or before November 17, 2006.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge