**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **SOUTHERN CALIFORNIA EDISON,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 03-2869C** |
| | ) | **(Judge Lettow)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Defendant respectfully requests that this Court grant defendant an enlargement of time of two days, to and including November 15, 2006, within which to submit defendant's response to plaintiff's motion in limine to exclude parole evidence. Our response is presently due on November 13, 2006. Plaintiff's counsel has indicated that plaintiff will not oppose this motion.

This motion is necessary to provide counsel adequate time to complete defendant's response to plaintiff's motion and enable his supervisors to review the response. Although counsel has commenced preparation of the response, counsel has also been diligently preparing defendant's pretrial submissions in this matter, recently rescheduled by the Court for November 17, 2006, completing joint stipulations of fact by November 3, 2006, in Northrop Corporation v. United States, Fed. Cl. No. 96-760C and completing a brief in Hartman v. Nicholson, 2006-7303 (Fed. Cir.), to be filed on November 3, 2006.

Moreover, as a result of counsel's schedule, counsel was unable to schedule the depositions of two of plaintiff's

witnesses newly identified in plaintiff's pretrial submission until November 7, 2006. Thus counsel will be out of the office the week of November 6-10, 2006, conducting the depositions, as well as meeting with Government witnesses to finalize the Government's pretrial submissions and responses to the two motions in limine filed by plaintiff. Although counsel anticipates completing the response to plaintiff's motion by November 13, 2006, this will not provide sufficient time for counsel's supervisors to complete their review of the response. Accordingly, counsel requires additional time to complete the Government's response to plaintiff's motion in limine.

For the foregoing reasons, defendant respectfully requests that the Court grant its unopposed motion for an enlargement of time of two days, to and including November 15, 2006, within which time defendant must submit its response to plaintiff's motion in limine to exclude parole evidence.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

S/David M. Cohen
DAVID M. COHEN
Director

S/Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 307-6288

November 3, 2006

Attorneys for Defendant

Notice of Filing

I hereby certify that on November 3, 2006, a copy of the foregoing defendant's unopposed motion for an enlargement of time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Martin F. Hockey, Jr.