IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2869C

(Filed: November 9, 2006)

SOUTHERN CALIFORNIA EDISON,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Pending before the court is Defendant's Unopposed Motion for an Enlargement of Time, filed November 3, 2006. Defendant requests that this court enlarge by two days the deadline for submitting defendant's response to plaintiff's motion *in limine* to exclude parole evidence. Defendant's response is currently due on November 13, 2006. In support of this motion, defendant's counsel notes that he has recently been engaged in two other litigation matters and is currently preparing pre-trial submissions in this case. Plaintiff does not oppose this motion.

For good cause shown, defendant's motion is GRANTED. Defendant shall file its response to plaintiff's motion *in limine* to exclude parole evidence on or before November 15, 2006.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge