# SCHEDULE FPS-96
# FIRM POWER PRODUCTS AND SERVICES

## SECTION I. AVAILABILITY

This rate schedule is available for the purchase of Firm Power, Supplemental Control Area Services, Shaping Services, and Reservation and Rights to Change Services for use inside and outside the Pacific Northwest during the period beginning October 1, 1996, and ending September 30, 2005.

Products and services available under this rate schedule are described in section III.A. of BPA's General Rate Schedule Provisions (GRSPs). BPA is not obligated to enter into agreements to sell products and services under this rate schedule or make power or energy available under this rate schedule if such power or energy would displace sales under the PF-96, NR-96, IP-96, or VI-96 rate schedules or their successors. Sales under the FPS-96 rate schedule are subject to BPA's GRSPs. Transmission service over Federal Columbia River Transmission System facilities shall be charged under the applicable transmission rate schedule. Ancillary services shall be available under, or at charges consistent with, the Ancillary Products and Services (APS) rate schedule.

This rate schedule supersedes the Surplus Firm Power (SP-93) and Emergency Capacity (CE-95) rate schedules. Rates under contracts that contain charges that escalate based on rates listed in this rate schedule shall include applicable transmission charges. For sales under this rate schedule, bills shall be rendered and payments due pursuant to BPA's Billing Procedures and/or as agreed to in purchase agreements.

## SECTION II. RATES, BILLING FACTORS, AND ADJUSTMENTS

For each product, the rate(s) for each product along with the associated billing factor(s) are identified below. Applicable adjustments, charges, and special rate provisions are listed for each product. This rate schedule contains four subsections, corresponding to the products offered under this rate schedule:

Section II.A. Firm Power.

Section II.B. Supplemental Control Area Services.

Section II.C. Shaping Services.

Section II.D. Reservation and Rights to Change Services.

## A. FIRM POWER

## 1. RATES AND BILLING FACTORS

### 1.1 Contract Rate

#### 1.1.1 Demand Charge

The charge for demand shall be $0.87 per kilowatt per month in all months of the year, *multiplied by*
the Contract Demand unless otherwise agreed by BPA and the Purchaser.

#### 1.1.2 Energy Charge

The total monthly charge for energy shall be the sum of (1) and (2):

(1) the applicable HLH rate for that month, *multiplied by* the Purchaser's HLH Contract Energy unless otherwise agreed by BPA and the Purchaser, and

(2) the applicable LLH rate for that month, *multiplied by* the Purchaser's LLH Contract Energy unless otherwise agreed by BPA and the Purchaser.

| *Applicable Months* | *HLH Rate* | *LLH Rate* |
|---|---|---|
| September - December | 49.63 mills/kWh | 46.45 mills/kWh |
| January - March | 50.39 mills/kWh | 47.25 mills/kWh |
| April | 44.74 mills/kWh | 42.73 mills/kWh |
| May - June | 24.36 mills/kWh | 21.21 mills/kWh |
| July | 29.94 mills/kWh | 26.09 mills/kWh |
| August | 42.68 mills/kWh | 37.06 mills/kWh |

### 1.2 Flexible Rate

Demand and/or energy charges may be specified at a higher or lower average rate as mutually agreed by BPA and the Purchaser. Billing factors shall be Contract Demand and Contract Energy unless otherwise agreed by BPA and the Purchaser.

000032

## 2. ADJUSTMENTS, CHARGES, AND SPECIAL RATE PROVISIONS

Adjustments, Charges, and Special Rate Provisions are described in the GRSPs. Relevant sections are identified below.

### 2.1 Rate Adjustments

| *Rate Adjustment* | *Section* |
|---|---|
| Energy Return Surcharge | II.H. |
| Reactive Power Charge | II.O. |
| Unauthorized Increase Charge | II.R. |

### 2.2 Special Rate Provisions

| *Special Rate Provisions* | *Section* |
|---|---|
| Cost Contributions | II.D. |

000033

## B. SUPPLEMENTAL CONTROL AREA SERVICES

### 1. RATES AND BILLING FACTORS

The charge for Supplemental Control Area Services shall be the applicable rate(s) times the applicable billing factor(s), pursuant to the agreement between BPA and the Purchaser.

The rate(s) and billing factor(s) for Supplemental Control Area Services shall be as established by BPA or as mutually agreed by BPA and the Purchaser.

### 2. ADJUSTMENTS, CHARGES, AND SPECIAL RATE PROVISIONS

Adjustments, Charges, and Special Rate Provisions are described in the GRSPs. Relevant sections are identified below.

#### 2.1 Rate Adjustments

| *Rate Adjustment* | *Section* |
|---|---|
| Energy Return Surcharge | II.H. |
| Reactive Power Charge | II.O. |
| Unauthorized Increase Charge | II.R. |

#### 2.2 Special Rate Provisions

| *Special Rate Provisions* | *Section* |
|---|---|
| Cost Contributions | II.D. |

## C. SHAPING SERVICES

### 1. RATES AND BILLING FACTORS

The charge for Shaping Services shall be the applicable rate(s) times the applicable billing factor(s), pursuant to the agreement between BPA and the Purchaser.

The rate(s) and billing factor(s) for use of Shaping Services shall be as established by BPA or as mutually agreed by BPA and the Purchaser.

### 2. ADJUSTMENTS, CHARGES, AND SPECIAL RATE PROVISIONS

Adjustments, Charges, and Special Rate Provisions are described in the GRSPs. Relevant sections are identified below..

#### 2.1 Rate Adjustments

| *Rate Adjustment* | *Section* |
|---|---|
| Energy Return Surcharge | II.H. |
| Reactive Power Charge | II.O. |
| Unauthorized Increase Charge | II.R. |

#### 2.2 Special Rate Provisions

| *Special Rate Provisions* | *Section* |
|---|---|
| Cost Contributions | II.D. |

## D. RESERVATION AND RIGHTS TO CHANGE SERVICES

### 1. RATES AND BILLING FACTORS

The charge for Reservation and Rights to Change Services shall be the applicable rate(s) times the applicable billing factor(s), pursuant to the agreement between BPA and the Purchaser.

The rate(s) and billing factor(s) for Reservation and Rights to Change Services shall be as established by BPA or mutually agreed by BPA and the Purchaser.

### 2. ADJUSTMENTS, CHARGES, AND SPECIAL RATE PROVISIONS

There are no additional adjustments, charges, or special rate provisions for the Reservation and Rights to Change Services.

# SCHEDULE FPS-96R
# FIRM POWER PRODUCTS AND SERVICES

## SECTION I. AVAILABILITY

This rate schedule is available for the purchase of Firm Power, Capacity without energy, Supplemental Control Area Services, Shaping Services, and Reservation and Rights to Change Services for use inside and outside the Pacific Northwest during the period beginning October 1, 1996, and ending September 30, 2006.

Products and services available under this rate schedule are described in the reprint of the 1996 GRSPs for FPS-96, Section III.A of BPA's General Rate Schedule Provisions (GRSPs). BPA is not obligated to enter into agreements to sell products and services under this rate schedule or make power or energy available under this rate schedule if such power or energy would displace sales under the PF-96, NR-96, IP-96, or VI-96 rates schedules or their successors. Sales under the FPS-96 rate schedule are subject to BPA's GRSPs. Transmission service over Federal Columbia River Transmission System facilities shall be charged under the applicable transmission rate schedule. Ancillary services shall be available under, or at charges consistent with, the Ancillary Products and Services (APS) rate schedule.

This rate schedule supersedes the Surplus Firm Power (SP-93) and Emergency Capacity (CE-95) rate schedules. Rates under contracts that contain charges that escalate based on rates listed in this rate schedule shall include applicable transmission charges. For sales under this rate schedule, bills shall be rendered and payments due pursuant to BPA's Billing Procedures and/or as agreed to in purchase agreements.

## SECTION II. RATES, BILLING FACTORS, AND ADJUSTMENTS

For each product, the rate(s) for each product along with the associated billing factor(s) are identified below. Applicable adjustments, charges, and special rate provisions are listed for each product. This rate schedule contains four subsections, corresponding to the products offered under this rate schedule:

Section II.A. Firm Power and Capacity without energy.

Section II.B. Supplemental Control Area Services.

Section II.C. Shaping Services.

Section II.D. Reservation and Rights to Change Services.



EXHIBIT 13

## *A. FIRM POWER AND CAPACITY WITHOUT ENERGY*

### 1. RATES AND BILLING FACTORS

### 1.1 Contract Rate

The demand charge in the Contract Rate applies to purchases of a firm capacity with no energy return product exclusively, that is, a firm power sale product. Firm capacity with energy return (Capacity without energy) is available under the FPS-96 rate schedule at the prices identified in section 1.3. Contracts entered into on or before September 30, 1996, that refer to the demand charge in the Contract Rate section of the then applicable surplus power schedule for pricing this product will be priced under section 1.3.

#### 1.1.1 Demand Charge

The charge for demand shall be $0.87 per kilowatt per month in all months of the year, *multiplied by*
the Contract Demand unless otherwise agreed by BPA and the Purchaser.

#### 1.1.2 Demand Charge – Capacity without energy Sales

See section 1.3 for pricing.

#### 1.1.3 Energy Charge

*The total monthly charge for energy shall be the sum of (1) and (2):*

(1) the applicable HLH rate for that month, *multiplied by*
the Purchaser's HLH Contract Energy unless otherwise agreed by BPA and the Purchaser; and

(2) the applicable LLH rate for that month, *multiplied by*
the Purchaser's LLH Contract Energy unless otherwise agreed by BPA and the Purchaser.

| *Applicable Months* | *HLH Rate* | *LLH Rate* |
|---|---|---|
| September – December | 49.63 mills/kWh | 46.45 mills/kWh |
| January – March | 50.39 mills/kWh | 47.25 mills/kWh |
| April | 44.74 mills/kWh | 42.73 mills/kWh |
| May – June | 24.36 mills/kWh | 21.21 mills/kWh |
| July | 29.94 mills/kWh | 26.09 mills/kWh |
| August | 42.68 mills/kWh | 37.06 mills/kWh |

### 1.2 Flexible Rate

Demand and/or energy charges may be specified at a higher or lower average rate as mutually agreed by BPA and the Purchaser. Billing factors shall be Contract Demand and Contract Energy unless otherwise agreed by BPA and the Purchaser.

### 1.3 Capacity without energy

#### 1.3.1 Flexible Rate

*For sales not covered by section 1.3.2 the rate(s) for Capacity without energy sales shall be as mutually agreed by BPA and the Purchaser.*

#### 1.3.2 Posted Rate

The posted rates shall be applied to contracts entered into on or before September 30, 1996, that include Capacity without energy provisions where payment shall be at the demand charge associated with the Contract Rate of the then applicable surplus power rate schedule. These rates may also be applied to contracts for Capacity without energy entered into on or after June 1, 2000. For sales pursuant to such contracts the monthly charge for Capacity without energy shall be the applicable rate for that month, *multiplied by* the Purchaser's Contract Demand associated with the purchase of Capacity without energy.

| *Applicable Months* | *Rate* |
|---|---|
| September – December | $12.20/kW-mo. |
| January – March | $8.95/kW-mo. |
| April | $8.13/kW-mo. |
| May – June | $6.68/kW-mo. |
| July | $10.78/kW-mo. |
| August | $16.04/kW-mo. |

## 2. ADJUSTMENTS, CHARGES, AND SPECIAL RATE PROVISIONS

Adjustments, Charges, and Special Rate Provisions are described in the GRSPs. Relevant sections are identified below.

### 2.1 Rate Adjustments

| *Rate Adjustment* | *Section* |
|---|---|
| Energy Return Surcharge | II.H. |
| Reactive Power Charge | II.O. |
| Unauthorized Increase Charge | II.R. |

### 2.2 Special Rate Provisions

| *Special Rate Provisions* | *Section* |
|---|---|
| Cost Contributions | II.D. |

## *B. SUPPLEMENTAL CONTROL AREA SERVICES*

### 1. RATES AND BILLING FACTORS

The charge for Supplemental Control Area Services shall be the applicable rate(s) times the applicable billing factor(s), pursuant to the agreement between BPA and the Purchaser.

The rate(s) and billing factor(s) for Supplemental Control Area Services shall be as established by BPA or as mutually agreed by BPA and the Purchaser.

### 2. ADJUSTMENTS, CHARGES, AND SPECIAL RATE PROVISIONS

Adjustments, Charges, and Special Rate Provisions are described in the GRSPs. Relevant sections are identified below.

#### 2.1 Rate Adjustments

| *Rate Adjustment* | *Section* |
|---|---|
| Energy Return Surcharge | II.H. |
| Reactive Power Charge | II.O. |
| Unauthorized Increase Charge | II.R. |

#### 2.2 Special Rate Provisions

| *Special Rate Provisions* | *Section* |
|---|---|
| Cost Contributions | II.D. |

## C. *SHAPING SERVICES*

### 1. RATES AND BILLING FACTORS

The charge for Shaping Services shall be the applicable rate(s) times the applicable billing factor(s), pursuant to the agreement between BPA and the Purchaser.

The rate(s) and billing factor(s) for use of Shaping Services shall be as established by BPA or as mutually agreed by BPA and the Purchaser.

### 2. ADJUSTMENTS, CHARGES, AND SPECIAL RATE PROVISIONS

Adjustments, Charges, and Special Rate Provisions are described in the GRSPs. Relevant sections are identified below.

#### 2.1 Rate Adjustments

| *Rate Adjustment* | *Section* |
|---|---|
| Energy Return Surcharge | II.H. |
| Reactive Power Charge | II.O. |
| Unauthorized Increase Charge | II.R. |

#### 2.2 Special Rate Provisions

| *Special Rate Provisions* | *Section* |
|---|---|
| Cost Contributions | II.D. |

## *D. RESERVATION AND RIGHTS TO CHANGE SERVICES*

### 1. Rates and Billing Factors

The charge for Reservation and Rights to Change Services shall be the applicable rate(s) times the applicable billing factor(s), pursuant to the agreement between BPA and the Purchaser.

The rate(s) and billing factor(s) for Reservation and Rights to Change Services shall be as established by BPA or mutually agreed by BPA and the Purchaser.

### 2. ADJUSTMENTS, CHARGES, AND SPECIAL RATE PROVISIONS

There are no additional adjustments, charges, or special rate provisions for the Reservation and Rights to Change Services.