**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **SOUTHERN CALIFORNIA EDISON,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 03-2869C** |
| | ) | **(Judge Lettow)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S EXHIBIT LIST**

Pursuant to Appendix A, paragraph 16, of the Rules of the United States Court of Federal Claims, and the Court's November 3, 2006 order, defendant respectfully submits the following listing of documents it expects to introduce as exhibits at trial, with the exception of those to be used solely for impeachment purposes. Defendant reserves the right to introduce any exhibits contained upon plaintiff's exhibit list.

| *Exhibit No.* | *Expect to Use at Trial* | *May Use if Need Arises* | *Date* | *Document No.* | *Description* |
|---|---|---|---|---|---|
| 1 | | X | 04/00/85 | BPA2-006145 - BPA2-006156 | Organization Testimony of Dennis E. Metcalf & Allan H. Schaller |
| 2 | X | | 09/30/85 | 01-030-00041 - 01-030-00042 | Negotiation Notes by SCE |
| 3 | | X | 07/10/86 | BPA2-005243 – BPA2-005293 | Administrator's Record of Decision - Southern California Edison Contract Formula Rates Proposal |
| 4 | X | | 08/02/86 | 01-030-00040 - 01-030-00041 | BPA Contract Meeting Notes by Leah Bell |
| 5 | X | | 09/02/86 | 01-001-002072 – 01-001-002074 | BPA-SCE Proposed Contract Chart |
| 6 | | X | 01/05/87 | BPA2-000572 – BPA2-000573 | Negotiation Notes from David Armstrong |
| 7 | X | | 03/24/87 | BPA2-006182 - BPA2-006229 | Letter from SCE Atty. Mark A. Frazee to Donna Geiger, BPA re: 1987 BPA Rate Case |

| *Exhibit No.* | *Expect to Use at Trial* | *May Use if Need Arises* | *Date* | *Document No.* | *Description* |
|---|---|---|---|---|---|
| 8 | X | | 07/00/87 | BPA2-016901 – BPA2-016957 | 1987 Final Rate Proposal – Marginal Cost Analysis |
| 9 | X | | 07/00/87 | BPA2-006594 – BPA2-006987 | 1987 Wholesale Power and Transmission Rate Proposal – Administrator's Record of Decision |
| 10 | | X | 07/00/87 | BPA2-006231 – BPA2-006593 | Record of BPA's 1987 Wholesale Power Rate and Transmission Rate Adjustment Proceeding |
| 11 | X | | 08/11/87 | 01-030-00092 | Note to: R.W. Kendall re: Insurance Transactions with BPA from G.L. Schoonyan |
| 12 | | X | 12/31/87 | BPA2-000570 – BPA2-000571 | Negotiation Notes by David Armstrong |
| 13 | X | | 00/00/88 | 01-014-000004 – 01-014-000084 | Contract No. DE-MS79-88BP92275 Sale and Exchange Agreement between DOE , BPA and SCE |
| 14 | | X | 01/13/88 | BPA2-0005418 – BPA2-0005422 | Negotiation Notes by David Armstrong |
| 15 | | X | 02/08/88 | BPA2-0005423 – BPA2-0005424 | Negotiation Notes by David Armstrong |
| 16 | X | | 05/09/88 | 01-001-001345 – 01-001-001349 | Summary of Proposed 1988 BPA-SCE Agreement |
| 17 | | X | 05/12/88 | 01-001-001331 – 01-001-001335 | CPUC Meeting – Approval of Proposed 1988 BPA-SCE Sales & Exchange Agreement |
| 18 | | X | 05/12/88 | 01-001-001329 | Proposed BPA-Edison Long-Term Agreement CPUC Meeting |
| 19 | X | | 06/24/88 | 01-001-001429 – 01-001-001433 | CPUC Meeting June 24, 1988 Overview |
| 20 | X | | 07/14/88 | 01-001-000255 – 01-001-000258 | Report to Mr. Glenn J. Bjorklund from R.W. Kendall re: Items for Officer's Council —Power Contracts Division |
| 21 | X | | 10/20/88 | BPA2-011927 – BPA2-011952 | Application of SCE for an order containing findings of fact and conclusions of law |

| ***Exhibit No.*** | ***Expect to Use at Trial*** | ***May Use if Need Arises*** | ***Date*** | ***Document No.*** | ***Description*** |
|---|---|---|---|---|---|
| 22 | | X | 10/23/88 | BPA2-011953 – BPA2-011980 | SCE Exhibit in Support of Application to PUC of the State of California |
| 23 | | X | 11/00/88 | BPA2-005323 – BPA2-005350 | Administrator's Record of Decision – SCE Contract Modified Rate Proposal |
| 24 | | X | 11/01/88 | BPA2-004532 – BPA2-004537 | Letter from DOE BPA James E. Fama to Lois D. Cashell FERC re: Proposed Modification of SCE Rate Schedule |
| 25 | | X | 11/02/88 | BPA2-000411 | Notice from DOE BPA Walter E. Pollock of Sale and Exchange Agreement between BPA and SCE |
| 26 | | X | 11/03/88 | BPA2-005425 – BPA2-005440 | FERC - Order Granting Consolidation, Noting and Grating Interventions, Approving Rates and Granting Requests for Waiver & for [illegible] |
| 27 | X | | 06/00/89 | BPA2-007344 – BPA2-007495 | Administrator's Record of Decision – 1989 Final Rate Proposal |
| 28 | | X | 06/28/89 | BPA2-005205 – BPA2-005233 | Administrative Guide for BPA – Edison Long Term Sale & Exchange Agreement |
| 29 | | X | 06/00/90 | BPA2-011981 – BPA2-012002 | SCE – Long-Term Interutility Power Purchase and Exchange Agreements |
| 30 | X | | 07/00/91 | BPA2-007496 – BPA2-007650 | 1991 Final Rate Proposal Administrator's Record of Decision |
| 31 | X | | 07/00/93 | BPA2-008089 – BPA2-008541 | Administrator's Record of Decision 1993 Final Rate Proposal |
| 32 | | X | 07/00/93 | BPA2-008542 – BPA2-008665 | 1993 Final Rate Proposal Wholesale Power Rate Development Study |
| 32 | | X | 07/00/93 | BPA2-008542 – BPA2-008665 | 1993 Final Rate Proposal Wholesale Power Rate Development Study |

| Exhibit No. | *Expect to Use at Trial* | *May Use if Need Arises* | *Date* | *Document No.* | *Description* |
|---|---|---|---|---|---|
| 33 | | X | 07/00/95 | BPA2-018087 – BPA2-018126 | 1996 Initial Rate Proposal Wholesale Power Rate Development Study |
| 34 | X | | 12/00/95 | BPA2-010180 – BPA2-010323 | 1996 Supplemental Rate Proposal Wholesale Power Rate Development Study |
| 35 | | X | 06/00/96 | BPA2-011061 – BPA2-011344 | 1996 Final Rate Proposal Administrator's Record of Decision Part 1 of 2 |
| 36 | X | | 04/04/96 | BPA2-011345 – BPA2-011701 | 1996 Final Rate Proposal Administrator's Record of Decision Part 2 of 2 |
| 37 | X | | 06/00/96 | BPA2-008814 – BPA2-009762 | 1996 Final Rate Proposal Wholesale Power Rate Development Study |
| 38 | | X | 06/00/96 | BPA2-009763 – BPA2-009816 | 1996 Final Rate Proposal Marginal Cost Analysis Study |
| 39 | X | | 06/00/96 | BPA2-0011702 – BPA2-011914 | 1996 Final Rate Proposal – Administrator's Record of Decision Appendix: Wholesale Power and Transmission Rate Schedules |
| 40 | | X | 06/00/96 | BPA2-049159 – BPA2-049203 | Power and Ancillary Products and Transmission Rate Schedules Services for Public Utility Customers |
| 41 | X | | 12/22/98 | 01-016-006944 – 01-016-006945 | Memo from Virginia Grosz to Jill P. Horswell Re: Additional 250 MW summer capacity |
| 42 | X | | 12/22/98 | 01-016-006942 – 01-016-006943 | Memo from Virginia Grosz to Jill P. Horswell Re: BPA Rate Schedule |
| 43 | X | | 01/15/99 | 01-012-001114 – 01-012-001115 | Letter to Mark E. Miller, BPA from Virginia Grosz |

| Exhibit No. | Expect to Use at Trial | May Use if Need Arises | Date | Document No. | Description |
|---|---|---|---|---|---|
| 44 | X | | 01/16/99 | 01-016-006503 | Memo from Virginia Grosz to Jill P. Horswell re: Status on BPA Option Capacity Request |
| 45 | X | | 01/25/99 | BPA2-017475 – BPA2-017476 | Letter to Mark E. Miller, BPA from Virginia Grosz |
| 46 | X | | 02/12/99 | BPA2-017253 – BPA2-017257 | Letter to Virginia Grosz from Mark Miller Re: BPA-Edison Sale & Exchange Agreement |
| 47 | X | | 03/04/99 | 01-020-003137 – 01-020-003138 | Letter to Virginia Grosz from Mark Miller Re: BPA-Edison Sale & Exchange Agreement |
| 48 | | X | 03/16/99 | BPA2-018246 – BPA2-018248 | Letter to Kurt W. Runzler, BPA from Gary A. Morgans, Steptoe & Johnson LLP Re: BPA-Edison Sale & Exchange Agreement |
| 49 | | X | 03/24/99 | BPA2-018249 – BPA2-018252 | Letter to Gary Morgans from Kurt Runzler Re: Rate Applicable to Capacity w/Energy Returns under the FPS-96 Rate Schedule |
| 50 | X | | 04/22/99 | 01-003-001509 – 01-003-001510 | Letter to Mark Miller, BPA from Virginia Grosz Re: BPA-Edison Sale & Exchange Agreement |
| 51 | | X | 04/23/99 | 01-016-006452 – 01-016-006453 | Memo from Virginia Grosz to Bob Kendall |
| 52 | | X | 05/10/99 | 01-026-000422 | Briefing Sheet for Phone Call w/Allen Burns of BPA |
| 53 | X | | 05/10/99 | 01-003-001253 | Memo from Kevin R. Cini to Virginia Grosz re: BPA Call to HBR |
| 54 | X | | 07/01/99 | BPA2-018264 | Memo from Virginia Grosz to Mark Miller re: Lets do a trial cash out |

| ***Exhibit No.*** | ***Expect to Use at Trial*** | ***May Use if Need Arises*** | ***Date*** | ***Document No.*** | ***Description*** |
|---|---|---|---|---|---|
| 55 | | X | 07/01/99 | BPA2-018265 | Memo from Ginger P. Hickey PGSI to Jane L. O'Leary, PGSI Re: Trial Cash out of the Option Capacity Energy Returns-SCE |
| 56 | X | | 08/00/99 | BPA2-016661 – BPA2-016706 | Proposed Firm Power Products and Services (FPS -96R) Rate Adjustment |
| 57 | | X | 08/05/99 | 01-016-006834 | Memo from Virginia Grosz to Nataliya Smolich Re: Settlement of Cash Out of BPA Option Capacity Energy Returns |
| 58 | X | | 08/13/99 | BPA2-014769 – BPA2-014774 | Federal Register/Vol. 64 No. 156/Friday, August 13, 1999 |
| 59 | | X | 08/26/99 | BPA2-018282 – BPA2-018286 | Letter to Judith A. Johansen BPA from Stephen E. Frank, SEC |
| 60 | | X | 09/16/99 | BPA2-018291- BPA2-018294 | Letter to Stephen E. Frank, SEC, from Allen Burns, BPA |
| 61 | | X | 10/12/99 | BPA2-014565 – BPA2-014668 | Direct Testimony of Southern California Edison |
| 62 | | X | 11/05/99 | BPA2-013306 – BPA2-013349 | Testimony of Virginia Grosz, Daniel Allstun, and David Cohen for SCE – Rebuttal |
| 63 | X | | 11/19/99 | BPA2-013143 – BPA2-013176 | Proposed Firm Power Products and Services (FPS -96R) Rate Adjustment |
| 64 | | X | 11/23/99 | BPA2-017249 – BPA2-017251 | Letter to Harold B. Ray, VP SEC, from Allen Burns, BPA |
| 65 | | X | 12/02/99 | BPA2-014733 – BPA2-014768 | Initial Brief of SCE |
| 66 | | X | 01/10/00 | BPA2-015196 – BPA2-015233 | Brief of Exceptions of Southern California Edison |
| 67 | | X | 02/07/00 | 01-016-006202 – 01-016-006206 | Memo from Virginia Grosz to Charles D. Siegal re: Miller's explanation on DE-MS79-XXBPYYYYY |

| Exhibit No. | Expect to Use at Trial | May Use if Need Arises | Date | Document No. | Description |
|---|---|---|---|---|---|
| 68 | X | | 03/00/00 | BPA2-016858 – BPA2-016884 | Final Firm Power Products and Services Rate Adjustment Proposal<br>Final Study |
| 69 | X | | 03/00/00 | BPA2-016794 – BPA2-016857 | Final Firm Power Products and Services Rate Adjustment Proposal (FPS-96R)<br>Administrator's Record of Decision<br>Appendix: Revised FPS-96 Rate Schedule |
| 70 | X | | 04/10/00 | 01-030-000365 – 01-030-000367 | Election of BPA Option Capacity June 1, 2000 to October 31, 2000 |
| 71 | X | | 04/27/00 | BPA2-018269 | Letter to Mark Miller, BPA from Virginia Grosz Re: BPA-Edison Sale & Exchange Agreement |
| 72 | X | | 04/28/00 | BPA2-018270 | Letter to Virginia Grosz from Mark Miller, BPA Re: Sales and Exchange Agreement, No. DE-MS79-88BP972275 |
| 73 | X | | 05/01/00 | BPA2-018271 – BPA2-018272 | Letter to Mark Miller, BPA from Harold Ray, SEC Re: BPA/SCE Power Sale & Exchange Agreement |
| 74 | X | | 05/03/00 | BPA2-018273 – BPA2-018274 | Letter to Harold Ray, SEC from Stephen Oliver, BPA |
| 75 | X | | 05/11/00 | BPA2-018275 | Letter to Harold Ray, SEC from Stephen Oliver, BPA |
| 76 | X | | 05/11/00 | 01-030-000382 | Letter to Harold Ray, SEC from Stephen Oliver, BPA |
| 77 | X | | 05/19/00 | | Notices, Department of Energy, Federal Energy Regulatory Commission, Docket No. EF00-2011-000, 65 FR 33529 |
| 78 | X | | 05/19/00 | | Federal Register Notice – Initial Approval of FPS-96R Rate Schedule<br>65 Fed. Reg. 33529-33531 |

| ***Exhibit No.*** | ***Expect to Use at Trial*** | ***May Use if Need Arises*** | ***Date*** | ***Document No.*** | ***Description*** |
|---|---|---|---|---|---|
| 79 | X | | 05/22/00 | BPA2-018277 – BPA2-018279 | Letter to Harold Ray, SEC from Stephen Oliver, BPA |
| 80 | X | | 05/23/00 | 01-030-000368 – 01-030-000371 | Confidential – BFM Trader's Notes for Tuesday, May 23, 2000 |
| 81 | X | | 05/24/00 | 01-030-000372 – 01-030-000375 | Confidential – BFM Trader's Notes for Wednesday, May 24, 2000 |
| 82 | X | | 05/24/00 | 01-030-000387 – 01-030-000392 | Input: 5/24/00 Forecast |
| 83 | X | | 05/24/00 | BPA2-018280 – BPA2-018281 | Letter to Stephen Oliver, BPA from Harold Ray, SEC Re: BPA/SCE Power Sale and Exchange Agreement Contract No. DE-MS79-88BP92275 |
| 84 | X | | 05/24/00 | 01-003-001241 – 01-003-001242 | Letter to Stephen Oliver, BPA from Harold Ray, SEC Re: BPA/SCE Power Sale and Exchange Agreement Contract No. DE-MS79-88BP92275 |
| 85 | X | | 4/16/01 | | Order Confirming and Approving FPS-96R Rate Schedule on a Final Basis, Docket No. EF00-2011-000 |
| 86 | X | | 07/19/02 | | Declaration of Dr. Edward Kahn |
| 87 | X | | 08/11/06 | | Expert Report from Dr. Samuel Van Vactor with backup electronic files |
| 88 | X | | 08/10/06 | | Expert Report of Dr. Edward Kahn |

| ***Exhibit No.*** | ***Expect to Use at Trial*** | ***May Use if Need Arises*** | ***Date*** | ***Document No.*** | ***Description*** |
|---|---|---|---|---|---|
| 89 | X | | 9/25/06 | | Demonstrative Exhibit – Surplus Power Demand and Transmission Charges Applicable to Option Capacity from 1988-2000 prepared by Byron G. Keep |
| 90 | | X | | BPA2-016885 – BPA2-016900 | Testimony of Testimony of Spencer G. Wedlund and John C. Emery in support of BPA's Marginal Cost Study from BPA's WP-87 rate case |
| 91 | X | | | 01-001-001369 – 01-001-001372 | Summary of BPA-SCE Proposed Long-term Sale and Exchange Agreement |
| 92 | X | | | BPA2-005294 – BPA2-005316 | Record of Decision Power Sale and Exchange Agreement with SEC |
| 93 | X | | | 01-026-00037 – 01-026-00038 | Document describing Capacity-Energy Insurance |
| 94 | | X | | BPA2-011923 – BPA2-011924 | Negotiation notes and chart of BPA-SCE Proposed Contract |
| 95 | | X | | BPA2-010100 – BPA2-010122 | Testimony of Marc H. Vater, Glen L. Gettemy, Richard L. Haines and Edward G. Cazalet from BPA's WP-96 Rate Proceeding. |
| 96 | | X | | BPA2-010142 – BPA2-010159 | Testimony of Rebecca A. Dinsmore, Philip A. Livesley, Edward L. Bleifuss, and Allan H. Schaller from BPA's WP-96 Rate Proceeding |
| 97 | X | | | 01-003-001580 | Calculations from SCE |
| 98 | | X | | 01-003-001582 – 01-003-001585 | BPA Cash Out Risk Analysis from SCE |
| 99 | X | | | 01-030-000465 – 01-030-000469 | Memorandum by Virginia Grosz re: BPA Option Capacity, June 1 – October 31, 1999 |
| 100 | | X | | 01-030-000385 – 01-030-000386 | Historic Data from SCE |

| ***Exhibit No.*** | ***Expect to Use at Trial*** | ***May Use if Need Arises*** | ***Date*** | ***Document No.*** | ***Description*** |
|---|---|---|---|---|---|
| 101 | X | | | | Chart entitled Sheet 1 used by Dr. Edward Kahn, SCE Expert Witness, to support Expert Report of Dr. Edward Kahn (SCE-AG02604- SCE-AG02674) |
| 102 | X | | | | Untitled Chart, including attachments, used by Dr. Edward Kahn, SCE Expert Witness, to support Expert Report of Dr. Edward Kahn (SCE-AG02502- SCE-AG02603) |
| 103 | X | | 11/15/06 | | Supplemental Expert Report of Dr. Samuel A. Van Vactor. |

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/David M. Cohen
DAVID M. COHEN
Director

s/Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0319

Attorneys for Defendant

OF COUNSEL:
JON D. WRIGHT
RICHARD A. GREENE
Office of the General Counsel
Bonneville Power Administration
901 N.E. 11th Avenue
Portland, OR 97232

November 17, 2006

Notice of Filing

I hereby certify that on November 17, 2006, a copy of the foregoing Defendant's Exhibit List was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Martin F. Hockey, Jr.