**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **SOUTHERN CALIFORNIA EDISON,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 03-2869C** |
| | ) | **(Judge Lettow)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S WITNESS LIST**

Pursuant to Appendix A, paragraph 15, of the Rules of the United States Court of Federal Claims, and the Court's November 3, 2006 order, defendant respectfully submits the following listing of witnesses it expects to call at trial, with the exception of those to be used solely for impeachment purposes. Defendant reserves the right to call any witnesses identified upon plaintiff's witness list.

| ***Name*** | ***Expected to Testify*** | ***May Testify if Need Arises*** | ***Brief Description of Testimony*** | ***Length of Direct Exam*** |
|---|---|---|---|---|
| David J. Armstrong | X | | Contract negotiation and language of contract. Development and structure of the SP-87 Rate Schedule. Authentication of certain exhibits. | 45 min |
| Lawrence E. Kitchen | X | | Contract negotiations and language of contract. | 45 min |
| Walter Pollock | X | | Contract negotiations. | 45 min |
| Leah Bissonette | X | | Contract negotiations and language of contract. Also may authenticate certain exhibits. | 30 min |
| Robert Kendall | | X | Contract negotiations and language of contract. | 30 min |
| Gary Schoonyan | | X | Description of Option Capacity, and why SCE wanted Option Capacity. Also may authenticate certain exhibits. | 30 min |
| Diane Cherry | X | | Development of the FPS-96 rate schedule and FPS-96R rate schedule. Also may authenticate certain exhibits. | 45 min |

| ***Name*** | ***Expected to Testify*** | ***May Testify if Need Arises*** | ***Brief Description of Testimony*** | ***Length of Direct Exam*** |
|---|---|---|---|---|
| Byron G. Keep | X | | Possesses information concerning the development of the demand charge in the FPS-96 rate schedule, and the FPS-96R demand charges. Authentication of certain exhibits. | 1 hour |
| Virginia Grosz | | X | Contract implementation. Also may authenticate certain exhibits. | 45 min |
| Mark Miller | | X | Contract implementation. Also may authenticate certain exhibits. | 30 min |
| Steven Oliver | X | | Contract implementation and California Power Market. | 45 min |
| Colin Cushnie | | X | May testify to SCE's ability to purchase other alternatives during the breach period. | 30 min |
| Tomaslav Galjanic | | X | Plaintiff's damages; the development of the "mock" schedules plaintiff claims it would have used during breach period | 30 min |
| Dr. Edward Kahn | | X | Possess information related to SCE's damages calculation. | 1 hour |
| Dr. Samuel Van Vactor | X | | Possesses information concerning SCE's damages calculation. Also will testify to alternatives available to SCE during the alleged breach period. | 2 hours |

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/David M. Cohen
DAVID M. COHEN
Director

s/Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Civil Division
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0319

Attorneys for Defendant

OF COUNSEL:
JON D. WRIGHT
RICHARD A. GREENE
Office of the General Counsel
Bonneville Power Administration
901 N.E. 11th Avenue
Portland, OR 97232

November 17, 2006

Notice of Filing

I hereby certify that on November 17, 2006, a copy of the foregoing Defendant's Witness List was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Martin F. Hockey, Jr.