IN THE

UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SOUTHERN CALIFORNIA EDISON,<br>Plaintiff,<br>vs.<br>UNITED STATES OF AMERICA,<br>Defendant. | Case No. 03-2869 |

**PLAINTIFF SOUTHERN CALIFORNIA EDISON'S MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANT'S MEMORANDUM OF CONTENTIONS OF FACT AND LAW**

Pursuant to paragraph 14 (c) of Appendix A of the Rules of the Court of Federal Claims, Plaintiff Southern California Edison ("SCE") hereby requests leave to file a short Response to Defendant Bonneville Power Administration's ("BPA") Memorandum of Contentions of Law and Fact. SCE's Response, which is 6 pages, is being filed concurrently with this Motion.

BPA's Memorandum of Contentions was served on SCE on November 17, 2006. In that brief, BPA challenged whether SCE's damages were foreseeable and caused by BPA's breach. Prior to receiving BPA's Memorandum of Contentions, SCE was not informed that BPA would be making arguments related to foreseeability and causation, and thus seeks leave to file a short Response to those arguments, as well as to correct misleading statements of fact and law made by BPA with respect to SCE's exercise of its contractual right to Option Capacity in the year 2000.

I have been informed by Joseph Ybarra that he has sent an e-mail message to Mr. Hockey, counsel for BPA, regarding this Motion. Mr. Hockey has informed Mr. Ybarra that BPA does not object to SCE filing this Response.

RESPECTFULLY SUBMITTED,

s/Charles D. Siegal

Charles D. Siegal
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9251
Facsimile: (213) 687-3702

**COUNSEL OF RECORD FOR PLAINTIFF SOUTHERN CALIFORNIA EDISON**

DATED: November 20, 2006

**OF COUNSEL:**

Leon Bass
SOUTHERN CALIFORNIA EDISON
2244 Walnut Grove Avenue, Room 359
Rosemead, CA 91770
Telephone: (626) 302-6967
Facsimile: (626) 569-414

Joseph J. Ybarra
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

IT IS SO ORDERED:

HON. CHARLES LETTOW

NOTICE OF FILING

I hereby certify that on November 20, 2006, a copy of the foregoing **PLAINTIFF SOUTHERN CALIFORNIA EDISON COMPANY'S MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANT'S MEMORANDUM OF CONTENTIONS OF FACT AND LAW** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I also certify that, pursuant to General Order 2003-42, Paragraph I(5), I forwarded a courtesy copy of the Motion to the Court.

s/Joseph J. Ybarra