IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2869C

(Filed: November 27, 2006)

SOUTHERN CALIFORNIA EDISON,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Pending before the court are three motions filed by plaintiff: a Motion *In Limine* to Exclude Parol Evidence, filed October 27, 2006, a Motion *In Limine* to Exclude the Testimony of Defendant's Expert Witness, Dr. Samuel Van Vactor, filed October 27, 2006, and a Motion for Leave to File Response to Defendant's Memorandum of Contentions of Fact and Law, filed November 20, 2006.

Plaintiff's two motions *in limine* are both DENIED. For good cause shown, plaintiff's Motion for Leave to File Response to Defendant's Memorandum of Contentions of Fact and Law is GRANTED.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge