IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2869C

(Filed: November 27, 2006)

SOUTHERN CALIFORNIA EDISON,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

During the pre-trial conference held on November 27, 2006, the parties informed the court that they had reached a tentative settlement agreement. This potential agreement would resolve all disputed issues in the case. Besides approval by federal governmental officials with settlement authority, the parties indicated that, to be effective, any agreement would require approval by the California Public Utilities Commission.

In light of the settlement in principle reached by the parties, the trial in this case scheduled for December 4-7, 2006, is suspended, pending the satisfactory execution of a settlement agreement. The parties shall file a joint status report on or before January 11, 2007.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge