# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **SOUTHERN CALIFORNIA EDISON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 03-2869C** |
| | ) | **(Judge Lettow)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT STATUS REPORT

The parties respectfully submit, pursuant to the Court's November 27, 2006 order, the following status report concerning settlement of this matter.

Following the pre-trial conference of this matter, the parties continued their settlement-related activities to include plaintiff's submission of a formal offer to the Government. Upon receiving plaintiff's offer, counsel for the Government prepared a recommendation regarding plaintiff's offer, consulted with representatives of the agency and forwarded plaintiff's offer and counsel's recommendation to the individuals within counsel for the Government's office who possess authority to accept plaintiff's offer.

As of the date of this status report, the Government representatives possessing authority to accept plaintiff's offer are continuing to evaluate the offer. We anticipate that a final determination from these representatives will be made within the next 30 days.

Accordingly, the parties respectfully request leave to submit another status report on or before February 12, 2007, providing further status regarding settlement of this matter.

Respectfully submitted,

s/Charles D. Siegal
CHARLES D. SIEGAL
JOSEPH YBARRA
Munger, Tolles & Olson LLP
355 South Grand Avenue
35th Floor
Los Angeles, California
90071-1560
Tele: (213) 683-9181

Attorneys for Plaintiff

PETER D. KEISLER
Assistant Attorney General

s/David M. Cohen
DAVID M. COHEN
Director

s/Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6288

Attorneys for Defendant

Dated: January 11, 2007