IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2869C

(Filed: January 12, 2007)

SOUTHERN CALIFORNIA EDISON,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The court acknowledges the parties' Joint Status Report ("JSR"), filed January 11, 2007. The parties indicate that the government continues to evaluate plaintiff's settlement offer and that they anticipate a final determination from the government within the next thirty days. The parties shall file a further JSR on or before February 16, 2007.

It is so ORDERED.

s/ Charles F. Lettow
Judge