**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **SOUTHERN CALIFORNIA EDISON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 03-2869C** |
| | ) | **(Judge Lettow)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT STATUS REPORT**

The parties respectfully submit the following status report pursuant to the Court's January 12, 2007 order.

In our January 11, 2007 status report, the parties reported that plaintiff had submitted a formal offer to the Government to resolve this matter and that the Government was reviewing plaintiff's offer. The Government has completed its review of plaintiff's offer, which has been accepted by the Government contingent upon the parties completion of certain pre-conditions related to notice to third parties.

The parties have prepared a draft settlement agreement, as well as procedures to implement the preconditions to settlement related to notice to third parties. Similar to the procedure followed in the related cases docketed at 02-1953C and 04-1716C, the parties anticipate submitting a motion to stay proceedings in this case within the next 30 days to enable the preconditions related to each parties' requirements to provide notice to third parties and an opportunity to comment upon the proposed settlement terms to occur. Accordingly, the parties respectfully

request leave to submit a joint motion to stay proceedings within the next 30 days, or by March 16, 2007.

Respectfully submitted,

s/Charles D. Siegal
CHARLES D. SIEGAL
JOSEPH YBARRA
Munger, Tolles & Olson LLP
355 South Grand Avenue
35th Floor
Los Angeles, California
90071-1560
Tele: (213) 683-9181

Attorneys for Plaintiff

PETER D. KEISLER
Assistant Attorney General

s/Jeanne E. Davidson
JEANNE E. DAVIDSON
Acting Director

s/Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6288

Attorneys for Defendant

Dated: February 16, 2007