IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2869C

(Filed: February 22, 2007)

SOUTHERN CALIFORNIA EDISON,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The court acknowledges the parties' Joint Status Report ("JSR"), filed February 16, 2007. The parties report that the government has accepted plaintiff's settlement offer, contingent upon the parties' completion of certain pre-conditions related to notice to third parties, and that the parties plan to file within the next thirty days a motion to stay proceedings in this case to facilitate the fulfillment of those pre-conditions. The parties shall file a further JSR or a motion on or before March 16, 2007.

It is so ORDERED.

s/ Charles F. Lettow
Judge