IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2869C

(Filed: March 19, 2007)

SOUTHERN CALIFORNIA EDISON,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The court acknowledges the parties' Joint Status Report ("JSR"), filed March 16, 2007. The parties report that they require additional time to finalize the terms of a proposed settlement agreement, and they request leave to submit a joint motion to stay proceedings in this case within the next fourteen days. The parties shall file a further JSR or a motion on or before April 2, 2007.

It is so ORDERED.

s/ Charles F. Lettow
Judge