IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2869C

(Filed: April 4, 2007)

_____
                                          )
SOUTHERN CALIFORNIA EDISON,               )
                                          )
            Plaintiff,                    )
                                          )
    v.                                    )
                                          )
THE UNITED STATES,                        )
                                          )
            Defendant.                    )
                                          )
_____)


<u>ORDER</u>

The court acknowledges the parties' Joint Status Report ("JSR"), filed April 2, 2007. The parties report that they require additional time to finalize the terms of a proposed settlement agreement, and they request leave to submit within the next fourteen days a joint motion to stay proceedings in this case. The parties shall file a further JSR or a motion on or before April 20, 2007.

It is so ORDERED.


                                        s/ Charles F. Lettow_____
                                        Judge