**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **SOUTHERN CALIFORNIA EDISON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 03-2869C** |
| | ) | **(Judge Lettow)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT MOTION TO STAY PROCEEDINGS**

The parties respectfully request that the Court stay proceedings in this matter pending completion of certain pre-conditions contained in a settlement agreement the parties have executed related to this case.

The parties have agreed to terms designed to resolve this matter. However, before the parties can submit a joint motion to dismiss, certain preconditions related to each parties' requirements to provide notice to third parties and an opportunity to comment upon the proposed settlement of this matter must occur. The parties estimate that these preconditions, which, among other things, require proceedings before the State of California Public Utility Commission, could require approximately one year to accomplish. Accordingly, the parties believe that the resources of the Court and of the parties would be preserved if proceedings in this matter were stayed pending completion of the aforementioned notice and comment requirements.

Conclusion

For the foregoing reasons, the parties respectfully request that the Court stay further proceedings in this matter. The parties shall submit a joint status report every four months, beginning four months following the date of the order staying proceedings in this case, providing status concerning the parties' efforts to complete the notice and comment preconditions contained in the settlement agreement.

Respectfully submitted,

s/Charles D. Siegal
CHARLES D. SIEGAL
JOSEPH J. YBARRA
Munger, Tolles & Olson LLP
355 South Grand Avenue
35th Floor
Los Angeles, California
90071-1560
Tele: (213) 683-9181

Attorneys for Plaintiff

PETER D. KEISLER
Assistant Attorney General

s/Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

S/Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0319

Attorneys for Defendant

April 20, 2007