IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2869C

(Filed: April 23, 2007)

SOUTHERN CALIFORNIA EDISON,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Pending before the court is the parties' Joint Motion to Stay Proceedings, filed April 20, 2007. The parties request that the court stay proceedings in this matter to allow the parties to complete certain pre-conditions contained in their executed settlement agreement.

The parties' Joint Motion to Stay Proceedings is GRANTED. As requested by the parties in their motion, the parties shall file a joint status report on or before August 23, 2007, and every four months thereafter, addressing the status of the implementation of their settlement agreement.

It is so ORDERED.

s/ Charles F. Lettow
Judge