**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**SOUTHERN CALIFORNIA EDISON,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

**No. 03-2869C**
**(Judge Lettow)**

**Joint Stipulation Of Dismissal With Prejudice**

Pursuant to Rule 41(a)(1) of the Rules of the United States Court of Federal Claims, the parties have agreed and hereby stipulate that this action is dismissed with prejudice, with each party to bear its own costs, attorney fees, and expenses.

Respectfully submitted,

s/Charles D. Siegal
CHARLES D. SIEGAL
JOSEPH J. YBARRA
Munger, Tolles & Olson LLP
355 South Grand Avenue
35th Floor
Los Angeles, California
90071-1560
Tele: (213) 683-9181

Attorneys for Plaintiff

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

s/Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0319

Attorneys for Defendant

December 19, 2007